STEPHEN V. BOMSE (Bar No. 40686)
stephen.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER
neimer@eimerstahl.com
ANDREW G. KLEVORN
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*pro hac vice* pending)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | Case No.: C-08-00869 JW (HRL) <br><br> **DECLARATION OF PAUL PEETERS IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRILIMINARY INJUNCTION** <br><br> Date: March 24, 2008 <br> Time: 9:00 a.m. <br> Ctrm: 8, 4th floor <br> Hon. James Ware |

Pursuant to 28 U.S.C. § 1746, Paul Peeters declares as follows:

1. I am Paul Peeters, Business and Supply Chain Manager of Europe for the Electronics Division of Praxair, Inc. (hereinafter "Praxair Electronics"). I submit this Declaration in support of Praxair Inc.'s Motion for a Preliminary Injunction.

2. My declaration is based upon my personal knowledge and my responsibilities as Business and Supply Chain Manager of Europe for Praxair Electronics.

3. One of the gases delivered using Praxair Electronics's UpTime® technology is isotopically enriched boron trifluoride ($B^{11}F_3$). Until recently, Praxair Electronics obtained the vast majority of the $B^{11}F_3$ it uses in its UpTime® system from Nukem GbmH ("Nukem"), a firm with its principal place of business in Germany.

4. Nukem is, by far, the largest manufacturer of $B^{11}F_3$ in the world—accounting for the vast majority of $B^{11}F_3$ production in the world.

5. In late December 2007, Nukem—which had supplied Praxair Electronics with $B^{11}F_3$ since Praxair Electronics entered the market—unexpectedly informed me that they would not be able to supply $B^{11}F_3$ at that time because it was in discussions with ATMI (alone or in conjunction with Matheson) regarding an exclusive supply agreement.

6. In late January, I called Nukem again to ask if they could supply $B^{11}F_3$ to Praxair and to continue our conversation from December. Nukem confirmed that it had, for its part, signed an exclusive supply agreement with ATMI / Matheson at ATMI's insistence and that they would not be able to supply $B^{11}F_3$. I was further told by the General Manager of Nukem that ATMI was unhappy that Nukem had been providing $B^{11}F_3$ to Praxair Electronics.

7. I understand that ATMI's exclusive supply agreement with Nukem has a two-year term and imposes a substantial monetary penalty upon Nukem in the event Nukem supplies others, including Praxair Electronics, with $B^{11}F_3$.

8. Praxair Electronics's last shipment of $B^{11}F_3$ from Nukem was received on or about October 23, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

CASE NO. C-08-00869 JW (HRL); DECLARATION OF PAUL PEETERS IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION)

1
2  Executed on February 8, 2008.                    _____/s/_____
3                                                    Paul Peeters
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
CASE NO. C-08-00869 JW (HRL); DECLARATION OF PAUL PEETERS IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION)

GENERAL ORDER 45 ATTESTATION

I, Stephen V. Bomse, am the ECF user whose ID and password are being used to file this Declaration of Paul Peeters in Support of Plaintiff's Motion for Preliminary Injunction.. In compliance with General Order 45, X.B., I hereby attest that Paul Peeters has concurred in this filing.

/s/ Stephen V. Bomse
Stephen V. Bomse