STEPHEN V. BOMSE (Bar No. 40686)
stephen.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER
neimer@eimerstahl.com
ANDREW G. KLEVORN
aklevorn@eimerstahl.com
CHAD J. DOELLINGER
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: 312-692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | Case No.: C-08-00869 JW (HRL) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: March 24, 2008 <br> Time: 9:00 a.m. <br> Ctrm: 8, 4th Floor <br> Hon. James Ware |

This cause coming to be heard on the motion of Praxair, Inc. ("Praxair") for entry of a preliminary injunction pursuant to Local Civil Rule 65 and Rule 65 of the Federal Rules of Civil Procedure, notice having been given, and the Court having jurisdiction of the matter and being fully advised;

The Court hereby finds that Praxair has shown a likelihood of success on the merits of its antitrust, unfair competition and declaratory judgment claims, that Praxair has no adequate remedy

at law and will suffer irreparable harm absent entry of this preliminary injunction, that the balance of hardships favors Praxair, and that the public interest will be served by issuance of this order.

It is hereby ordered that ATMI, Inc. and Advanced Technology Material, Inc., their affiliates, agents, partners, divisions and subsidiaries, as well as their officers, directors, servants, agents, employees, representatives, and persons in active concert or participation with them (collectively, "ATMI") are hereby enjoined from:

1. Enforcing any agreement reached with Nukem GmbH or any affiliate, agent partner, subsidiary, parent, or division of Nukem GmbH as well as any officer, director, servant, agent employee, representative or person action in concert with Nukem ("Nukem") that restricts, limits or hampers Praxair's ability to obtain dopant gases, including isotopically enriched boron trifluoride, from Nukem.

2. Seeking enforcement, in any way, of an order (or a subsequent, related or amended order) of preliminary relief, issued on or about October 26, 2006 by the court of first instance of Antwerp, Belgium in conjunction with proceedings by ATMI in Belgium regarding ATMI's patent EP 1 000 291 B1 for sub-atmospheric gas delivery systems (the "Belgian Order"), where such enforcement is based on activity in the United States or the effect of such enforcement would flow, in whole or in part, outside of the European countries in which ATMI's patent EP 1 000 291 B1 have been registered. In particular, and as an example, ATMI, through attempted enforcement of the Belgian Order, may not seek to limit Praxair's ability to use, market, sell, advertise or distribute its UpTime® system outside of the European countries in which ATMI's patent EP 1 000 291 B1 has been registered, including the use of the Praxair website as source of information about the Uptime® products.

3.     Seeking enforcement of the Belgian Order by means of seizing, foreclosing upon, placing a lien upon or otherwise encumbering any asset of Praxair, its subsidiaries, divisions, officers, directors, agents, employees or contractors.

IT IS SO ORDERED this ___ day of _____, 2008.

_____
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CASE NO.: C-08-00869 JW (HRL)