STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER
neimer@eimerstahl.com
ANDREW G. KLEVORN
aklevorn@eimerstahl.com
CHAD J. DOELLINGER
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: 312-692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendant. | Case No.: Case No.: C-08-00869 JW (HRL) <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I, **Larissa Soboleva**, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 275 Middlefield Road, Menlo Park, California, 94025.

On February 8, 2008, I served the documents listed below on the interested parties as follows:

| | |
|---|---|
| **Advanced Technology Materials, Inc.** | **ATMI, Inc.** |
| **Attn: General Counsel** | **Attn: General Counsel** |
| **7 Corporate Way** | **7 Corporate Way** |
| **Danbury, CT 06810** | **Danbury, CT 06810** |

**DOCUMENT(S) SERVED:**

- **COMPLAINT AND DEMAND FOR JURY TRIAL**
- **SUMMONS IN A CIVIL CASE TO ADVANCED TECHNOLOGY MATERIALS, INC. (SERVED ONLY TO ADVANCED TECHNOLOGY MATERIALS)**
- **SUMMONS IN A CIVIL CASE TO ATMI, INC. (SERVED ONLY TO ATMI, INC.)**
- **WELCOME PACKET FROM COURT**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
- **DECLARATION OF RAYMOND P. ROBERGE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF PAUL PEETERS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
- **PROOF OF SERVICE.**

[ ]   BY MAIL: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[X]   BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above-listed parties on the next business day by Federal Express overnight delivery service.

1

PROOF OF SERVICE; CASE NO.: C-08-00869 JW (HRL)

1    [ ]    FACSIMILE TRANSMISSION: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ]    BY MESSENGER: I caused the document(s) to be delivered by messenger to the party(ies) identified above.

[ ]    BY E-MAIL: I caused the document(s) to be delivered by e-mail to the party(ies) identified above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 8, 2008, at Menlo Park, California.

_____
**Larissa Soboleva**

---

2

PROOF OF SERVICE; CASE NO.: C-08-00869 JW (HRL)