1  STEPHEN V. BOMSE (Bar No. 40686)
   steve.bomse@hellerehrman.com
2  HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA 94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5
6  NATHAN P. EIMER (*pro hac vice* pending)
   neimer@eimerstahl.com
7  ANDREW G. KLEVORN (*pro hac vice* pending)
   aklevorn@eimerstahl.com
8  CHAD J. DOELLINGER (*pro hac vice* pending)
   cdoellinger@eimerstahl.com
9  EIMER STAHL KLEVORN & SOLBERG LLP
   224 South Michigan Avenue, Suite 1100
10 Chicago, Illinois 60604
11 Telephone: (312) 660 7600
   Facsimile: (312) 692-1718
12
13 Attorneys for Plaintiff
   PRAXAIR, INC.
14

**RECEIVED**
2008 FEB 12 PM 1:37
RICHARD W. WIEKING
U.S. CLERK
NO. DISTRICT COURT
DIST. OF CA. S.J.

**FILED**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | Case No.: C-08-00869 JW (HRL) |
| Plaintiff, | (~~PROPOSED~~) JW ORDER FOR ADMISSION OF ANDREW G. KLEVORN *PRO HAC VICE* |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

cc: A. Klevorn

Andrew G. Klevorn, an active member in good standing of the bar of the highest court of the State of Illinois, whose business address and telephone number is Eimer Stahl Klevorn & Solberg LLP, 224 South Michigan Ave., Suite 1100, Chicago, IL, 60604, (312) 660-7600, having

---

(PROPOSED) ORDER FOR ADMISSION OF ANDREW G. KLEVORN *PRO HAC VICE*/ C-08-00869 JW (HRL)

1  applied in the above-entitled action for admission to practice in the Northern District of California
2  on a *pro hac vice,* basis representing Praxair, Inc.,

3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing.*

Dated: **February 22, 2008**

*James Ware*
United States District Judge

---

2

(PROPOSED) ORDER FOR ADMISSION OF ANDREW G. KLEVORN *PRO HAC VICE*/ C-08-00869 JW (HRL)