STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*pro hac vice* pending)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*pro hac vice* pending)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*pro hac vice* pending)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

RECEIVED
2008 FEB 12 PM 1:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

**FILED**

FEB 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CC: C. Doellinger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PRAXAIR, INC.,

Plaintiff,

v.

ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,

Defendants.

) Case No.: C-08-00869 JW (HRL)
)
) ~~(PROPOSED)~~ JW **ORDER FOR**
) **ADMISSION OF CHAD J.**
) **DOELLINGER** ***PRO HAC VICE***
)
)
)
)
)
)

Chad J. Doellinger, an active member in good standing of the bar of the highest court of the State of Illinois, whose business address and telephone number is Eimer Stahl Klevorn & Solberg LLP, 224 South Michigan Ave., Suite 1100, Chicago, IL, 60604, (312) 660-7600, having applied in

1  the above-entitled action for admission to practice in the Northern District of California on a *pro*
2  *hac vice,* basis representing Praxair, Inc.,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 22, 2008

/s/ James Ware
United States District Judge