# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

**ORIGINAL**

Praxair, Inc.

            Plaintiffs,

v.

ATMI, Inc. and Advanced Technology Materials, Inc.

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ADR

C08 00869 JW

HRL

TO: (Name and address of defendant)

ATMI, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen V. Bomse (Bar No. 40686)
Deborah Croyle (Bar No. 246000)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878

Nathan P. Eimer
Andrew G. Klevorn
Chad J. Doellinger
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 0 8 2008
DATE_____

_(signature)_

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

STEPHEN V. BOMSE (SBN 40686)
HELLER EHRMAN LLP
333 Bush Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 772-6000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: PRAXAIR, INC.
Defendant: ATMI, INC et al.

Ref#: 230530     *   **PROOF OF SERVICE**   *   Case No.: C08 00869 JW HRL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; GENERAL ORDER NO. 40 PROHIBITION OF BIAS; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45 ELECTRONIC CASE FILING; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; GENERAL ORDER NO. 53 PRIVACY; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK); INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5); ADR CERTIFICATION BY PARTIES AND COUNSEL (BLANK); STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served      : ATMI, INC.

By serving        : Mary Drummond, Authorized Agent

Address           : Corporation Service Company
                    2711 Centerville Road #400
                    Wilmington, DE 19808

Date of Service:  February 11, 2008

Time of Service:  1:00 PM

Person who served papers:
KEVIN S. DUNN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $50.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 11, 2008            Signature _____

** TOTAL PAGE.03 **