1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2      Timothy L. O'Mara (Bar No. 212731)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email:   Dan.Wall@lw.com
5  Email:   Tim.Omara@lw.com

6  Attorneys for Defendants
   ATMI, INC. AND ADVANCED TECHNOLOGY
7  MATERIALS, INC.

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11

12 | PRAXAIR, INC.,                          | CASE NO. C 08-00869 JW (HRL)

13 |            Plaintiff,                   | **NOTICE OF APPEARANCE**

14 |     v.

15 | ATMI, INC. and ADVANCED
   | TECHNOLOGY MATERIALS, INC.,
16
   |            Defendants.
17

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendants ATMI, Inc. and Advanced Technology Materials, Inc. and requests that all notices, orders and/or other information in this case be served upon the individuals identified below:

> Daniel M. Wall
> Timothy L. O'Mara
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111-6538
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> Email: Dan.Wall@lw.com
> Email: Tim.Omara@lw.com

Dated: February 29, 2008

Respectfully Submitted,

LATHAM & WATKINS LLP
   Daniel M. Wall
   Timothy L. O'Mara

By    /s/ Timothy L. O'Mara
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED
TECHNOLOGY MATERIALS, INC.

SF\645343