1 | LATHAM & WATKINS LLP
  |     Daniel M. Wall (Bar No. 102580)
2 |     Timothy L. O'Mara (Bar No. 212731)
  | 505 Montgomery Street, Suite 2000
3 | San Francisco, California 94111-6538
  | Telephone: (415) 391-0600
4 | Facsimile: (415) 395-8095
  | Email: Dan.Wall@lw.com
5 | Email: Tim.Omara@lw.com

6 | Attorneys for Defendants
  | ATMI, INC. and ADVANCED TECHNOLOGY
7 | MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | [CIVIL LOCAL RULES 6-1, 6-2 and 7-12] |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)

1  WHEREAS, the Complaint in this case was filed on February 8, 2008;

2  WHEREAS, the Plaintiff's Motion for Preliminary Injunction is set for hearing on
3  March 24, 2008;

4  WHEREAS, Defendants' answer to the Complaint and opposition to Plaintiff's
5  Motion for Preliminary Injunction are due on Monday, March 3, 2008;

6  WHEREAS, Defendants have requested additional time to respond to Plaintiff's
7  complaint and the parties agree to extend Defendants' filing deadlines by two weeks to Monday,
8  March 17, 2008;

9  WHEREAS, no previous time modifications – whether by stipulation or Court
10 order – have been entered in this case;

11 WHEREAS, pursuant to Civil Local Rule 6-2(a), counsel for Defendants is
12 concurrently filing a declaration in support of this Stipulation and [Proposed] Order;

13 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
14 undersigned counsel for the parties as follows:

15 1. The time for Defendants to answer or otherwise respond to the Complaint
16 is enlarged by fourteen days, from March 3, 2008 to March 17, 2008;

17 2. The time for Defendants to oppose Plaintiff's Motion for Preliminary
18 Injunction is enlarged by fourteen days, from March 3, 2008 to March 17, 2008; and

19 3. The hearing on Plaintiff's Motion for Preliminary Injunction will be
20 continued from March 24, 2008 to April 21, 2008 at 9:00 a.m., which is the next available civil
21 motion hearing date on the Court's calendar; provided, however, that in the event Plaintiff seeks,
22 by means of a special setting, an alternative date to have its Motion for Preliminary Injunction
23 heard, Defendants agree that they will not object to such request.

24 **IT IS SO STIPULATED.**

25 ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)

| | | |
|---|---|---|
| 1 | Dated: February 29, 2008 | Respectfully Submitted, |
| 2 | | LATHAM & WATKINS LLP |
| | | Daniel M. Wall |
| 3 | | Timothy L. O'Mara |

By _____/s/ Timothy L. O'Mara_____
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED
TECHNOLOGY MATERIALS, INC.

Dated: February 29, 2008          Respectfully Submitted,

HELLER EHRMAN LLP
  Stephen V. Bomse

By _____/s/ Stephen V. Bomse_____
Stephen V. Bomse
Attorneys for Plaintiff
PRAXAIR, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    By:_____
                                              THE HONORABLE JAMES WARE
                                              United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION pursuant to Civil Local Rules 6-1 and 6-2. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stephen V. Bomse.

Dated:  February 29, 2008                Respectfully submitted,

                                         LATHAM & WATKINS LLP
                                            Daniel M. Wall
                                            Timothy L. O'Mara


                                         By    /s/ Timothy L.O'Mara
                                            Timothy L. O'Mara
                                            Attorneys for Defendants
                                            ATMI, INC. and ADVANCED
                                            TECHNOLOGY MATERIALS, INC.

SF\646296

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)