1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2    Timothy L. O'Mara (Bar No. 212731)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email:   Dan.Wall@lw.com
5  Email:   Tim.Omara@lw.com

6  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
7  MATERIALS, INC.

8

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                              SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>            Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[CIVIL LOCAL RULES 6-1, 6-2 and 7-12]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF TIMOTHY O'MARA ISO STIPULATION
TO ENLARGE TIME; TO CONTINUE HEARING
CASE NO. C 08-00869 JW (HRL)

I, Timothy L. O'Mara, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner of Latham & Watkins LLP, counsel for Defendants AMTI, Inc. and Advanced Technology Materials, Inc. I am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Counsel's stipulation to enlarge Defendants' time to answer or otherwise respond to Plaintiff's Complaint and to continue the hearing on Plaintiff's Motion for Preliminary Injunction.

2. Defendants have requested and Plaintiff has agreed to extend Defendants' filing deadlines by two weeks as set forth in the parties' stipulation.

3. No previous time modifications – whether by stipulation or Court order – have been entered in this case.

4. The requested time modification will have no effect on the schedule for this case, except for the filing deadlines and hearing date addressed by the stipulation. Specifically, the time for Defendants to answer or otherwise respond to the Complaint is enlarged by fourteen days, from March 3, 2008 to March 17, 2008; the time for Defendants to oppose Plaintiff's Motion for Preliminary Injunction is enlarged by fourteen days, from March 3, 2008 to March 17, 2008; and the hearing on Plaintiff's Motion for Preliminary Injunction will, except as provided below, be continued from March 24, 2008 to April 21, 2008 at 9:00 a.m., which is the next available civil motion hearing date on the Court's calendar; provided, however, that in the event Plaintiff seeks, by means of a special setting, an alternative date to have its Motion for Preliminary Injunction heard, Defendants agree that they will not object to such request.

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF TIMOTHY O'MARA ISO STIPULATION
TO ENLARGE TIME; TO CONTINUE HEARING
CASE NO. C 08-00869 JW (HRL)

1          I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct.  Executed this 29th day of February, 2008, at San Francisco,
3 California.

                                                    /s/ Timothy L. O'Mara
                                                       Timothy L. O'Mara

SF\646316

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF TIMOTHY O'MARA ISO STIPULATION
TO ENLARGE TIME; TO CONTINUE HEARING
CASE NO. C 08-00869 JW (HRL)