1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email:   Dan.Wall@lw.com
5  Email:   Tim.Omara@lw.com

6  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
7  MATERIALS, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 | PRAXAIR, INC.,                        | CASE NO. C 08-00869 JW (HRL)
13 |            Plaintiff,                 | **CERTIFICATE OF SERVICE**
14 |     v.                                |
15 | ATMI, INC. and ADVANCED                |
   | TECHNOLOGY MATERIALS, INC.,            |
16 |                                        |
   |            Defendants.                 |
17

18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **February 29, 2008**, I served the following document(s) described as:

- **NOTICE OF APPEARANCE**;
- **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; and**
- **DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**

to the party listed below and in the following manner described preceding each list of recipients:

### BY NOTICE OF ELECTRONIC FILING

The following parties were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. C 08-00869 JW (HRL):

> *No E-Mail Recipients*

by serving true copies of the above-described document(s) in the following manners:

### BY ELECTRONIC SERVICE

I caused the above-referenced document(s) to be transmitted by electronic mail transmission to the interested parties at the appropriate electronic mail addresses as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

> Stephen V. Bomse, Esq.         stephen.bomse@hellerehrman.com
> Chad J. Doellinger, Esq.        cdoellinger@eimerstahl.com
> Nathan P. Eimer, Esq.           neimer@eimerstahl.com
> Andrew G. Klevorn, Esq.      aklevorn@eimerstahl.com

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

**BY U.S. MAIL**

I am readily familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| Chad J. Doellinger, Esq.<br>Nathan P. Eimer, Esq.<br>Andrew G. Klevorn, Esq.<br>Eimer Stahl Klevorn & Solberg LLP<br>224 S. Michigan Avenue, Suite 1100<br>Chicago, IL  60604<br>Telephone:    (312) 660-7600<br>Facsimile:    (312) 692-1718 | Stephen V. Bomse, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>Telephone:    (415) 772-6000<br>Facsimile:    (415) 772-6268 |
| *Attorneys for Plaintiff Praxair, Inc.* | *Attorneys for Plaintiff Praxair, Inc.* |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 29, 2008**, at San Francisco, California.

_____
Linda C. Tam

SF\646190.1