1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Timothy L. O'Mara (Bar No. 212731)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Dan.Wall@lw.com
5  Email: Tim.Omara@lw.com

6  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
7  MATERIALS, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | CASE NO. C 08-00869 JW (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **[CIVIL LOCAL RULES 6-1, 6-2 and 7-12]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)

1    WHEREAS, the Complaint in this case was filed on February 8, 2008;

2    WHEREAS, the Plaintiff's Motion for Preliminary Injunction is set for hearing on March 24, 2008;

3    WHEREAS, Defendants' answer to the Complaint and opposition to Plaintiff's Motion for Preliminary Injunction are due on Monday, March 3, 2008;

4    WHEREAS, Defendants have requested additional time to respond to Plaintiff's complaint and the parties agree to extend Defendants' filing deadlines by two weeks to Monday, March 17, 2008;

5    WHEREAS, no previous time modifications – whether by stipulation or Court order – have been entered in this case;

6    WHEREAS, pursuant to Civil Local Rule 6-2(a), counsel for Defendants is concurrently filing a declaration in support of this Stipulation and [Proposed] Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

1. The time for Defendants to answer or otherwise respond to the Complaint is enlarged by fourteen days, from March 3, 2008 to March 17, 2008;

2. The time for Defendants to oppose Plaintiff's Motion for Preliminary Injunction is enlarged by fourteen days, from March 3, 2008 to March 17, 2008; and

3. The hearing on Plaintiff's Motion for Preliminary Injunction will be continued from March 24, 2008 to April 21, 2008 at 9:00 a.m., which is the next available civil motion hearing date on the Court's calendar; provided, however, that in the event Plaintiff seeks, by means of a special setting, an alternative date to have its Motion for Preliminary Injunction heard, Defendants agree that they will not object to such request.

**IT IS SO STIPULATED.**

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)

| | | |
|---|---|---|
| 1 | Dated: February 29, 2008 | Respectfully Submitted, |
| 2 | | LATHAM & WATKINS LLP |
| | | Daniel M. Wall |
| 3 | | Timothy L. O'Mara |
| 4 | | |
| 5 | | By _____/s/ Timothy L. O'Mara_____ |
| | | Timothy L. O'Mara |
| 6 | | Attorneys for Defendants |
| | | ATMI, INC. and ADVANCED |
| 7 | | TECHNOLOGY MATERIALS, INC. |
| 8 | | |
| 9 | Dated: February 29, 2008 | Respectfully Submitted, |
| 10 | | HELLER EHRMAN LLP |
| | | Stephen V. Bomse |
| 11 | | |
| 12 | | |
| 13 | | By _____/s/ Stephen V. Bomse_____ |
| | | Stephen V. Bomse |
| | | Attorneys for Plaintiff |
| 14 | | PRAXAIR, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Plaintiff's Motion for Preliminary Injunction is continued to **April 21, 2008 at 9 A.M.**

DATED: ___March 10, 2008_____   By: _____/s/ James Ware_____
THE HONORABLE JAMES WARE
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION pursuant to Civil Local Rules 6-1 and 6-2. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stephen V. Bomse.

Dated: February 29, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara


By _____/s/ Timothy L.O'Mara_____
  Timothy L. O'Mara
  Attorneys for Defendants
  ATMI, INC. and ADVANCED
  TECHNOLOGY MATERIALS, INC.

SF\646296

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ORDER
TO ENLARGE TIME AND TO CONTINUE HEARING
CASE NO. C-08-00869 JW (HRL)