STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*pro hac vice* pending)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*pro hac vice* pending)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*pro hac vice* pending)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | Case No.: C-08-00869 JW (HRL) <br><br> **CERTIFICATION OF INTERESTED ENTITIES FOR PLAINTIFF PRAXAIR, INC** |

CERTIFICATION OF INTERESTED ENTITIES FOR PLAINTIFF PRAXAIR, INC./ C-08-00869 JW (HRL)

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Praxair, Inc. through its attorneys declares that Praxair, Inc. is a Delaware corporation. Praxair, Inc. has no parent corporation and no public company owns 10% or more of its stock. Pursuant to Local Rule 3-16, the undersigned certifies that, as of this date, there is no further interest to report.

DATED: March 14, 2008					HELLER EHRMAN LLP
							STEPHEN V. BOMSE


							By:/s/ Stephen V. Bomse
									Stephen V. Bomse

							Attorneys for Plaintiff
							PRAXAIR, INC.