| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Timothy L. O'Mara (Bar No. 212731) |
|   |    Sadik Huseny (Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111-6538 |
| 4 | Telephone: (415) 391-0600 |
|   | Facsimile: (415) 395-8095 |
| 5 | Email: Dan.Wall@lw.com |
|   | Email: Tim.OMara@lw.com |
| 6 | Email: Sadik.Huseny@lw.com |
| 7 | Attorneys for Defendants |
|   | ATMI, INC. and ADVANCED TECHNOLOGY |
| 8 | MATERIALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
|           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | **[CIVIL LOCAL RULES 6-1, 6-2, and 7-12]** |
|           Defendants. | |

1    WHEREAS, the Court's March 10, 2008 Order continued the hearing date on Plaintiff's Motion for Preliminary Injunction ("Motion") to April 21, 2008 and further set the filing date for Defendants' Opposition to Plaintiff's Motion to March 17, 2008; and

    WHEREAS, defendants have requested a two-day extension of the due date to file the Opposition brief, from March 17, 2008 to March 19, 2008; and

    WHEREAS, plaintiff is agreeable on the condition that: (i) the time to file plaintiff's Reply brief is also enlarged two days, from April 7, 2008 to April 9, 2008, and (ii) the Motion hearing date remains April 21, 2008; and

    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

    1.    Defendants shall file their Opposition brief to Plaintiff's Motion by March 19, 2008; and

    2.    Plaintiff shall file its Reply brief in support of the Motion by April 9, 2008.

**IT IS SO STIPULATED.**

Dated: March 14, 2008          Respectfully Submitted,

                               LATHAM & WATKINS LLP
                                  Daniel M. Wall
                                  Timothy L. O'Mara
                                  Sadik Huseny


                               By _____/s/ Timothy L. O'Mara_____
                                  Timothy L. O'Mara
                                  Attorneys for Defendants
                                  ATMI, INC. and ADVANCED
                                  TECHNOLOGY MATERIALS, INC.

Dated: March 14, 2008          Respectfully Submitted,

                               HELLER EHRMAN LLP
                                  Stephen V. Bomse


                               By _____/s/ Stephen V. Bomse_____
                                  Stephen V. Bomse
                                  Attorneys for Plaintiff
                                  PRAXAIR, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  DATED: _____    By:_____
                                         THE HONORABLE JAMES WARE
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION pursuant to Civil Local Rules 6-1 and 6-2. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stephen V. Bomse.

Dated: March 14, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara
  Sadik Huseny

By _____/s/ Timothy L.O'Mara_____
  Timothy L. O'Mara
  Attorneys for Defendants
  ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

SF\647899