LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>            Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[CIVIL LOCAL RULES 6-1, 6-2 and 7-12] |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF TIMOTHY O'MARA
ISO STIPULATION TO ENLARGE TIME
CASE NO. C 08-00869 JW (HRL)

I, Timothy L. O'Mara, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner of Latham & Watkins LLP, counsel for Defendants AMTI, Inc. and Advanced Technology Materials, Inc. I am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Counsel's stipulation to enlarge time.

2. The Court's March 10, 2008 Order continued the hearing date on Plaintiff's Motion for Preliminary Injunction ("Motion") to April 21, 2008 and further set the filing date for Defendants' Opposition to Plaintiff's Motion to March 17, 2008.

3. Defendants have requested a two-day extension of the due date to file the Opposition brief, from March 17, 2008 to March 19, 2008.

4. Plaintiff is agreeable on the condition that: (i) the time to file plaintiff's Reply brief is also enlarged two days, from April 7, 2008 to April 9, 2008, and (ii) the Motion hearing date remains April 21, 2008.

5. The requested time modification will have no effect on the schedule for this case, except for the filing deadlines addressed by the stipulation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of March, 2008, at San Francisco, California.

                                                  /s/ Timothy L. O'Mara
                                                  Timothy L. O'Mara

SF\648000

ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF TIMOTHY O'MARA
ISO STIPULATION TO ENLARGE TIME
CASE NO. C 08-00869 JW (HRL)