| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Timothy L. O'Mara (Bar No. 212731) |
| |    Sadik Huseny (Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California  94111-6538 |
| 4 | Telephone:  (415) 391-0600 |
| | Facsimile:  (415) 395-8095 |
| 5 | Email:   Dan.Wall@lw.com |
| | Email:   Tim.OMara@lw.com |
| 6 | Email:   Sadik.Huseny@lw.com |
| 7 | Attorneys for Defendants |
| | ATMI, INC. and ADVANCED TECHNOLOGY |
| 8 | MATERIALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PRAXAIR, INC., | | CASE NO. C 08-00869 JW (HRL) |
| | Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | | |
| | Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **March 14, 2008**, I served the following document(s) described as:

- **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; and**
- **DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**

to the party listed below and in the following manner described preceding each list of recipients:

## BY NOTICE OF ELECTRONIC FILING

The following parties were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. C 08-00869 JW (HRL):

- Stephen V. Bomse          sbomse@hewm.com
- Timothy L. O'Mara         tim.omara@lw.com
- Daniel M. Wall            dan.wall@lw.com

by serving true copies of the above-described document(s) in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

> Chad J. Doellinger, Esq.
> Nathan P. Eimer, Esq.
> Andrew G. Klevorn, Esq.
> Eimer Stahl Klevorn & Solberg LLP
> 224 S. Michigan Avenue, Suite 1100
> Chicago, IL  60604
> Telephone:    (312) 660-7600
> Facsimile:    (312) 692-1718

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 14, 2008**, at San Francisco, California.

*Linda C. Tam*
Linda C. Tam

SF\646045.1