LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:  Dan.Wall@lw.com
Email:  Tim.OMara@lw.com
Email:  Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY
MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>            Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**CERTIFICATE OF SERVICE** |

# **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **March 17, 2008**, I served the following document(s) described as:

- **ANSWER OF DEFENDANTS ATMI, INC. AND ADVANCED TECHNOLOGY MATERIALS, INC.**

to the party listed below and in the following manner described preceding each list of recipients:

### **BY NOTICE OF ELECTRONIC FILING**

The following parties were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. C 08-00869 JW (HRL):

- Stephen V. Bomse         sbomse@hewm.com
- Timothy L. O'Mara        tim.omara@lw.com
- Daniel M. Wall           dan.wall@lw.com

by serving true copies of the above-described document(s) in the following manner:

### **BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

> Chad J. Doellinger, Esq.
> Nathan P. Eimer, Esq.
> Andrew G. Klevorn, Esq.
> Eimer Stahl Klevorn & Solberg LLP
> 224 S. Michigan Avenue, Suite 1100
> Chicago, IL 60604
> Telephone:    (312) 660-7600
> Facsimile:    (312) 692-1718

1       I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

      Executed on **March 17, 2008**, at San Francisco, California.

*/s/ Linda C. Tam*
_____
Linda C. Tam

SF\646045.1