LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>            Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS ATMI, INC.'S AND ADVANCED TECHNOLOGY MATERIALS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   April 21, 2008<br>Time:   9:00 AM<br>Place:  Courtroom 8, 4th Floor<br>Judge:  The Honorable James Ware |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC. OF TIMOTHY L. O'MARA ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

I, Timothy L. O'Mara, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner of Latham & Watkins LLP, counsel for Defendants AMTI, Inc. and Advanced Technology Materials, Inc. I am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Defendants' Opposition to plaintiff Praxair, Inc.'s Motion for Preliminary Injunction.

2. Attached as Exhibit 1 is a true and correct copy of my letter dated March 10, 2008, addressed to Stephen V. Bomse, counsel for plaintiff Praxair, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of March, 2008 in San Francisco, California.

                                          /s/ Timothy L. O'Mara
                                          Timothy L. O'Mara

SF\647931

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC. OF TIMOTHY L. O'MARA ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

# EXHIBIT 1

Timothy L. O'Mara
Direct Dial: (415) 395-8227
tim.omara@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

March 10, 2008

VIA FACSIMILE

Stephen V. Bomse, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

Re: *Praxair, Inc. v. ATMI, Inc. et al.*, Case No. C-08-00869

Dear Mr. Bomse:

As you know, Praxair is currently seeking a preliminary injunction against ATMI on the theory that ATMI and Nukem GmbH have allegedly entered into an exclusive supply contract that "will cut off the supply of qualified $B^{11}F_3$ to Praxair Electronics," and "force Praxair Electronics to stop supplying customers with sub-atmospheric delivery systems for $B^{11}F_3$ within a few months."

We intend to seek discovery from Nukem and Ceradyne Boron Products (formerly EaglePicher Boron) related to these allegations. In order to timely respond to Praxair's motion for preliminary injunction, we request that you provide us with written confirmation by Tuesday, March 11, 2008 at 12:00 p.m. that Praxair releases Nukem and Boron Products from any confidentiality agreement that might exist between Praxair and these entities with respect to Praxair's purchases of $B^{11}F_3$ from these entities.

Thank you for your timely attention to this issue.

Sincerely,

*Timothy L. O'Mara*

Timothy L. O'Mara
of LATHAM & WATKINS LLP

SF\647428.1

```
***********************
    TRANSMISSION REPORT
***********************
```



(MON) MAR 10 2008 16:00
LATHAM & WATKINS LLP Fax Machine #2

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4861909-316 | 3.10 15:59 | 3.10 15:59 | 49" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| ##1187726268 | ##1187726268 |

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

FACSIMILE TRANSMISSION
March 10, 2008

| To: | Stephen V. Bomse, Esq. | Fax: (415) 772-6268 | Tel: (415) 772-6000 |
|---|---|---|---|
| | Heller Ehrman LLP | | |

| From: | Timothy L. O'Mara |
|---|---|
| Re: | Praxair, Inc. v. ATMI, Inc. |

☐ Original(s) to follow    Number of pages, including cover: 2