1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
|---|---|
| Plaintiff, | **DECLARATION OF NUKEM GmbH** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

1. NUKEM sells high enriched Boron trifluoride ("$B^{11}F_3$") gas to ATMI, Inc., Matheson Tri Gas, Inc., Praxair, and others.

2. Within the past four years, from 2004 to 2007, ATMI and Matheson have collectively received deliveries of approximately 7.2 metric tons of $B^{11}F_3$.

3. During that same time period, from 2004 to 2007, NUKEM accepted individual purchase orders by Praxair in the total amount of 280 kg. The annual deliveries to Praxair were as follows: 14 kg in 2004; 26 kg in 2005; 100 kg in 2006; and 140 kg in 2007. (Amendment Number Two of the 2005 Sales Agreement between ATMI, Matheson, and Nukem allowed Nukem to sell third parties $B^{11}F_3$ in excess of 100 kg in 2007.)

4. NUKEM has not refused any written purchase orders for $B^{11}F_3$ to Praxair in 2008 or previous years.

We declare that the foregoing is true and correct.

Executed this 18 day of March, 2008.

NUKEM GmbH

Jürgen Laucht
General Manager Isotopes

Michael Kievel
Senior Manager Stable Isotopes