1    LATHAM & WATKINS LLP
          Daniel M. Wall (Bar No. 102580)
2         Timothy L. O'Mara (Bar No. 212731)
          Sadik Huseny (Bar No. 224659)
3    505 Montgomery Street, Suite 2000
     San Francisco, California  94111-6538
4    Telephone:  (415) 391-0600
     Facsimile:  (415) 395-8095
5    Email:   Dan.Wall@lw.com
     Email:   Tim.OMara@lw.com
6    Email:   Sadik.Huseny@lw.com

7    Attorneys for Defendants
     ATMI, INC. and ADVANCED TECHNOLOGY
8    MATERIALS, INC.

9
                    UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                         SAN JOSE DIVISION

12

13   PRAXAIR, INC.,                         CASE NO. C 08-00869 JW (HRL)

14                                          **DECLARATION OF RICHARD FRICKE IN**
                    Plaintiff,              **SUPPORT OF DEFENDANTS ATMI, INC.'S**
15                                          **AND ADVANCED TECHNOLOGY**
          v.                                **MATERIALS, INC.'S MEMORANDUM OF**
16                                          **POINTS AND AUTHORITIES IN**
                                            **OPPOSITION TO PLAINTIFF'S MOTION**
17   ATMI, INC. and ADVANCED                **FOR PRELIMINARY INJUNCTION**
     TECHNOLOGY MATERIALS, INC.,
18                                          Date:      April 21, 2008
                                            Time:      9:00 AM
19                  Defendants.             Place:     Courtroom 8, 4th Floor
                                            Judge:     The Honorable James Ware
20

21

22

23                          **[PUBLIC VERSION]**

24

25

26

27

28

I, Richard Fricke, declare and state as follows:

1.      I am the Senior Director of Implant Technologies for ATMI Inc. ("ATMI").  I submit this declaration in support of ATMI's opposition to the motion for preliminary injunction. I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, could and would testify to the truth of these matters.

2.      ATMI is a leading materials and delivery system manufacturer in the semiconductor industry and has long been a pioneer in the development of innovative, cost-efficient, and safe ion implantation technologies.  It has sales and research centers in the United States, Europe, and Asia.

3.      In the 1990s, ATMI developed its revolutionary Safe Delivery Source (or "SDS®") system.  This patented sub-atmospheric dopant gas delivery system is capable of delivering >99.9% pure gas for use in the manufacture of semiconductor chips.  The SDS system is "sub-atmospheric" in the sense that it stores the dopant gases at very low pressure in a cylinder containing adsorbent materials,[1] such that were the cylinder to leak or otherwise breach, outside air would be drawn into the cylinder rather than having the highly toxic dopant gases escape outside the cylinder.  The SDS system thus minimizes the potential for an accidental release of the dopant gases, and consequently improves plant safety and customer productivity.  The SDS system has proved to be a highly successful alternative to the high pressure gas delivery systems that once dominated and still command a majority of the market for delivering gases for use in the semiconductor wafer manufacturing process.

4.      ATMI later developed a mechanical sub-atmospheric delivery system under the name "VAC®," for which the European patent EP 1 000 291 B1 was granted on September 28, 2005.  Today, ATMI, despite its small size,[2] is one of the top suppliers worldwide of materials and systems to the semiconductor industry – thanks in large part to its SDS and VAC systems.

---

[1]  An adsorbent material causes another substance to stick to its surface.  This is in contrast to an absorbent material, which, like a sponge, takes-up or draws something into itself.

[2]  ATMI has approximately 800 employees and annual revenues of approximately $360 million.

DEC. OF RICHARD FRICKE ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

5.      Boron trifluoride is used as an additive to semiconductor grade silicon as a "doping" agent and in ion implantation and other semiconductor processes.  In ion implantation, a "dopant" such as boron, phosphorus or arsenic, in the form of a gas, is implanted into the surface of a silicon wafer, changing the electrical properties of the silicon.  Ion implantation is one of many steps in the fabrication of semiconductors.

6.      ATMI pioneered the sub-atmospheric delivery of $B^{11}F_3$ for use in the ion implantation process.  Prior to ATMI's commercialization of $B^{11}F_3$ in its SDS system, boron trifluoride was used by semiconductor manufacturers in its "natural abundance" form, not the highly enriched form of Boron trifluoride.

7.      Accordingly, as an adjunct to its development of the SDS system, ATMI literally created the market for $B^{11}F_3$.  It invested in and developed both of the two gas suppliers that today are the primary worldwide providers of $B^{11}F_3$ – Nukem GmbH ("Nukem") and Ceradyne Boron Products, LLC ("Boron Products").

8.      ATMI began purchasing $B^{11}F_3$ from Boron Products in 1997.  As recently as two to three years ago, ATMI received the majority of its $B^{11}F_3$ from Boron Products – not Nukem.  Today, ATMI continues to purchase significant quantities of qualified $B^{11}F_3$ from Boron Products.

9.      ATMI and its business partners purchased approximately 500 kg of $B^{11}F_3$ from Boron Products in 2007.

10.     In the semiconductor industry nearly everything sold into a fab must be qualified with the fab owners.  The qualification process is highly customer specific.  In some instances, qualification of a new gas source – such as a switch from Nukem $B^{11}F_3$ to Boron Products $B^{11}F_3$ – can take as little as three months.

11.     In order to develop a viable sub-atmospheric gas delivery business, ATMI made the investment of time and money to qualify nearly all of its semiconductor manufacturer customers on the $B^{11}F_3$ produced by both Nukem and Boron Products.  Today, because ATMI made that investment, virtually all of ATMI's customers are unaware of, and indifferent to,

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC. OF RICHARD FRICKE ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

1   whether any given shipment of $B^{11}F_3$ purchased from ATMI originates from Nukem or Boron

2   Products.

3       12.    Historically more ATMI customers have been qualified on Boron Products $B^{11}F_3$

4   than have been qualified on Nukem's $B^{11}F_3$.

5       13.    In 2005, ATMI and Nukem entered into a guaranteed (i.e., "take or pay") output

6   supply contract that obligated ATMI to buy, and Nukem to supply, no less than 1,400 kg (1.4

7   metric tons) of $B^{11}F_3$ per contract year.  A true and correct copy of the 2005 Supply Contract is

8   attached hereto as Exhibit 1.  The 2005 contract specifically states that Nukem can annually sell

9   100 kg of $B^{11}F_3$ to third parties.

10       14.    The 2005 contract has been amended several times as Nukem's capacity to supply

11   – and ATMI's demand for – $B^{11}F_3$ increased.  True and correct copies of Amendment Number

12   One, Amendment Number Two, and Amendment Number Three to the 2005 Supply Contract are

13   attached hereto as Exhibits 2, 3, and 4.

14       15.    As Exhibits 1 through 4 reflect, the formal parties to the successive iterations of

15   the Nukem supply contract have varied; Matheson Tri-Gas, Inc. is ATMI's business partner, and

16   in referring to the Nukem supply contracts, I am using "ATMI" here to refer to Matheson and

17   ATMI interchangeably.

18       16.    In each iteration of the ATMI supply contract, ATMI has made a similar "take or

19   pay" commitment to buy nearly all of Nukem's $B^{11}F_3$, but Nukem has retained the right to

20   supply other parties with small quantities of $B^{11}F_3$ in each contract year.

21       17.    ATMI and Nukem are presently negotiating a new two-year supply contract for

22   $B^{11}F_3$.  A true and correct copy of the Draft 2008 Sales Agreement is attached hereto as Exhibit

23   5.  ATMI's "take or pay" obligation is larger than ever, but once again the contemplated contract

24   gives Nukem the right to sell 100 kg of $B^{11}F_3$ per year to third parties.  This is explicit in the

25   "exclusivity" provision, which states in relevant part:

26           During the term of this Agreement, Seller (including any affiliates
    of Seller) shall not sell B-11 F3 in any form to any customer other

27           than Buyer if the Seller, after due inquiry, has knowledge or has
    reason to believe that such customer, or its customers, intends to

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEC. OF RICHARD FRICKE ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

1    use such material for the purpose of ion implantation; provided,
2    however, that Seller has the option to sell up to 100 kg of B-11 F3
     per contract year.
3

4    18.    ATMI's business justifications for entering into a volume supply contract with

5    Nukem are numerous.  First and foremost, the contract protects the $B^{11}F_3$ supply chain that

6    ATMI had to create from scratch when it created the business of delivering $B^{11}F_3$ through sub-

7    atmospheric delivery systems.  ATMI effectively put Nukem in this business by bank-rolling

8    through its "take or pay" obligations the investments in production capacity that led to this

9    source of supply for $B^{11}F_3$.  To my knowledge, there is absolutely no reason why Praxair, Inc. – a

10   company nearly ten times ATMI's size – could not have done what ATMI did to develop a

11   reliable $B^{11}F_3$ supply chain.

12   19.    Furthermore, ATMI is presently trying to achieve a product differentiation

13   advantage in the marketplace by working with Nukem and its $B^{11}F_3$ source to produce a higher

14   purity of $B^{11}F_3$ than is currently available on the market.

15   20.    European Patent No. 1 000 291 B1 has been validated and is effective in

16   Germany, France, the United Kingdom, Italy, Ireland, and the Netherlands.

17

18   I declare under penalty of perjury of the laws of the United States that the

19   foregoing is true and correct.  Executed this 19 day of March, 2008, at Danbury, Connecticut.

20

21

22    _____
              /s/
              RICHARD FRICKE

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEC. OF RICHARD FRICKE ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

1
2

## ELECTRONIC CASE FILING ATTESTATION
### (General Order No. 45(X)(B))

3          I, Timothy L. O'Mara, hereby attest that I have on file all holograph signatures for

4    any signatures indicated by a "conformed" signature (/s/) within this efiled document.

5

6    Dated: March 19, 2008                    Respectfully Submitted,

7                                            LATHAM & WATKINS LLP
                                                Daniel M. Wall
8                                               Timothy L. O'Mara
                                                Sadik Huseny
9

10                                           By _____/s/ Timothy L. O'Mara_____
                                                Timothy L. O'Mara
11                                              Attorneys for Defendants
                                                ATMI, INC. and ADVANCED
12                                              TECHNOLOGY MATERIALS, INC.

13

14   SF\647898

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEC. OF RICHARD FRICKE ISO DEFS'
OPPOSITION TO MOTION FOR P.I.
CASE NO. C 08-00869 JW (HRL)

# EXHIBIT 1

1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2      Timothy L. O'Mara (Bar No. 212731)
       Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:   Dan.Wall@lw.com
   Email:   Tim.OMara@lw.com
6  Email:   Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | PRAXAIR, INC.,                          | CASE NO. C 08-00689 JW (HRL)
   |                                         |
14 |                    Plaintiff,           | **MANUAL FILING NOTIFICATION**
   |                                         |
15 |            v.                           | **EXHIBIT 1:  2005 SUPPLY CONTRACT**
   |                                         |
16 |                                         | **[FILED UNDER SEAL IN ITS ENTIRETY]**
   |                                         |
17 | ATMI, INC. and ADVANCED                 |
   | TECHNOLOGY MATERIALS, INC.,             | Date:      April 21, 2008
18 |                                         | Time:      9:00 AM
   |                                         | Place:     Courtroom 8, 4th Floor
19 |                    Defendants.          | Judge:     The Honorable James Ware

20

21

22              **FILED UNDER SEAL PURSUANT TO**

23       **DEFENDANTS' PENDING MOTION TO FILE UNDER SEAL**

24

25

26

27

28

1

**MANUAL FILING NOTIFICATION**

2  Regarding:  Exhibit 1 to the Declaration of Richard Fricke in Support of Defendants ATMI,

3  Inc.'s and Advanced Technology Materials, Inc.'s Memorandum of Points and Authorities in

4  Opposition to Plaintiff's Motion for Preliminary Injunction.

5          This filing is in paper only, and is being maintained in the case file in the Clerk's

6  Office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For

7  information on retrieving this filing directly from the court, please see the court's main website

8  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9          This filing was not efiled for the following reason(s):

10  _____  Voluminous Document (PDF file size larger than efiling system allowances)

11  _____  Unable to Scan Documents

12  _____  Physical Object (description): _____

13  _____

14
    _____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15
    _X__   Item Under Seal
16
    _____  Conformance with the Judicial Conference Privacy Policy (General Order 53)
17
    _____  Other (description): _____
18
19  _____

20
    Dated:  March 19, 2008                    Respectfully Submitted,
21
                                              LATHAM & WATKINS LLP
22                                                Daniel M. Wall
                                                  Timothy L. O'Mara
23                                                Sadik Huseny

24
                                              By _____/s/ Timothy L. O'Mara_____
25                                                Timothy L. O'Mara
                                                  Attorneys for Defendants
26                                                ATMI, INC. and ADVANCED
                                                  TECHNOLOGY MATERIALS, INC.
27

28  SF\648709

# EXHIBIT 2

1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Timothy L. O'Mara (Bar No. 212731)
     Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:   Dan.Wall@lw.com
   Email:   Tim.OMara@lw.com
6  Email:   Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  PRAXAIR, INC.,                          CASE NO. C 08-00689 JW (HRL)

14                                          **MANUAL FILING NOTIFICATION**
                  Plaintiff,
15                                          **EXHIBIT 2:  AMENDMENT NO. 1 TO THE
          v.                                2005 SUPPLY CONTRACT**
16
17  ATMI, INC. and ADVANCED                 **[FILED UNDER SEAL IN ITS ENTIRETY]**
    TECHNOLOGY MATERIALS, INC.,
18                                          Date:     April 21, 2008
                                            Time:     9:00 AM
19                Defendants.               Place:    Courtroom 8, 4th Floor
                                            Judge:    The Honorable James Ware
20

21

22              **FILED UNDER SEAL PURSUANT TO**

23     **DEFENDANTS' PENDING MOTION TO FILE UNDER SEAL**

24

25

26

27

28

1

## **MANUAL FILING NOTIFICATION**

2  Regarding:  Exhibit 1 to the Declaration of Richard Fricke in Support of Defendants ATMI,

3  Inc.'s and Advanced Technology Materials, Inc.'s Memorandum of Points and Authorities in

4  Opposition to Plaintiff's Motion for Preliminary Injunction.

5              This filing is in paper only, and is being maintained in the case file in the Clerk's

6  Office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For

7  information on retrieving this filing directly from the court, please see the court's main website

8  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9              This filing was not efiled for the following reason(s):

10  ____  Voluminous Document (PDF file size larger than efiling system allowances)

11  ____  Unable to Scan Documents

12  ____  Physical Object (description):  _____

13  _____

14  ____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15  __X__  Item Under Seal

16  ____  Conformance with the Judicial Conference Privacy Policy (General Order 53)

17  ____  Other (description):  _____

18  _____

19

20  Dated:  March 19, 2008              Respectfully Submitted,

21                                      LATHAM & WATKINS LLP
22                                          Daniel M. Wall
                                            Timothy L. O'Mara
23                                          Sadik Huseny

24
25                                      By _____/s/ Timothy L. O'Mara_____
                                            Timothy L. O'Mara
26                                          Attorneys for Defendants
                                            ATMI, INC. and ADVANCED
27                                          TECHNOLOGY MATERIALS, INC.

28  SF\648768

# EXHIBIT 3

1   LATHAM & WATKINS LLP
        Daniel M. Wall (Bar No. 102580)
2       Timothy L. O'Mara (Bar No. 212731)
        Sadik Huseny (Bar No. 224659)
3   505 Montgomery Street, Suite 2000
    San Francisco, California  94111-6538
4   Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095
5   Email:   Dan.Wall@lw.com
    Email:   Tim.OMara@lw.com
6   Email:   Sadik.Huseny@lw.com

7   Attorneys for Defendants
    ATMI, INC. and ADVANCED TECHNOLOGY
8   MATERIALS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  PRAXAIR, INC.,                          CASE NO. C 08-00689 JW (HRL)

14                                          **MANUAL FILING NOTIFICATION**
                    Plaintiff,
15                                          **EXHIBIT 3:  AMENDMENT NO. 2 TO THE
            v.                              2005 SUPPLY CONTRACT**
16

17  ATMI, INC. and ADVANCED                 **[FILED UNDER SEAL IN ITS ENTIRETY]**
    TECHNOLOGY MATERIALS, INC.,
18                                          Date:     April 21, 2008
                                            Time:     9:00 AM
19                  Defendants.             Place:    Courtroom 8, 4th Floor
                                            Judge:    The Honorable James Ware
20

21

22              **FILED UNDER SEAL PURSUANT TO**

23      **DEFENDANTS' PENDING MOTION TO FILE UNDER SEAL**

24

25

26

27

28

1

**MANUAL FILING NOTIFICATION**

2   Regarding:  Exhibit 1 to the Declaration of Richard Fricke in Support of Defendants ATMI,

3   Inc.'s and Advanced Technology Materials, Inc.'s Memorandum of Points and Authorities in

4   Opposition to Plaintiff's Motion for Preliminary Injunction.

5        This filing is in paper only, and is being maintained in the case file in the Clerk's

6   Office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For

7   information on retrieving this filing directly from the court, please see the court's main website

8   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9        This filing was not efiled for the following reason(s):

10   _____   Voluminous Document (PDF file size larger than efiling system allowances)

11   _____   Unable to Scan Documents

12   _____   Physical Object (description): _____

13   _____

14

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15   __X__   Item Under Seal

16

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

17   _____   Other (description): _____

18   _____

19

20   Dated:  March 19, 2008             Respectfully Submitted,

21

22                        LATHAM & WATKINS LLP
                           Daniel M. Wall

23                           Timothy L. O'Mara
                           Sadik Huseny

24

25                     By _____/s/ Timothy L. O'Mara_____
                         Timothy L. O'Mara

26                         Attorneys for Defendants
                         ATMI, INC. and ADVANCED

27                         TECHNOLOGY MATERIALS, INC.

28   SF\648769

# EXHIBIT 4

1  LATHAM & WATKINS LLP
      Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
      Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:   Dan.Wall@lw.com
   Email:   Tim.OMara@lw.com
6  Email:   Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  PRAXAIR, INC.,                    | CASE NO. C 08-00689 JW (HRL)

14                                    | **MANUAL FILING NOTIFICATION**
                 Plaintiff,
15                                    | **EXHIBIT 4:  AMENDMENT NO. 3 TO THE
        v.                            | 2005 SUPPLY CONTRACT**
16
                                      | [FILED UNDER SEAL IN ITS ENTIRETY]
17  ATMI, INC. and ADVANCED
   TECHNOLOGY MATERIALS, INC.,        | Date:     April 21, 2008
18                                    | Time:     9:00 AM
                                      | Place:    Courtroom 8, 4th Floor
19               Defendants.          | Judge:    The Honorable James Ware

20

21

22            **FILED UNDER SEAL PURSUANT TO**

23   **DEFENDANTS' PENDING MOTION TO FILE UNDER SEAL**

24

25

26

27

28

1       **MANUAL FILING NOTIFICATION**

2   Regarding:  Exhibit 1 to the Declaration of Richard Fricke in Support of Defendants ATMI,

3   Inc.'s and Advanced Technology Materials, Inc.'s Memorandum of Points and Authorities in

4   Opposition to Plaintiff's Motion for Preliminary Injunction.

5               This filing is in paper only, and is being maintained in the case file in the Clerk's

6   Office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For

7   information on retrieving this filing directly from the court, please see the court's main website

8   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9               This filing was not efiled for the following reason(s):

10  ____   Voluminous Document (PDF file size larger than efiling system allowances)

11  ____   Unable to Scan Documents

12  ____   Physical Object (description): _____

13  _____

14
    ____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15
    _X__   Item Under Seal
16
    ____   Conformance with the Judicial Conference Privacy Policy (General Order 53)
17
    ____   Other (description): _____
18

19  _____

20
    Dated:  March 19, 2008                    Respectfully Submitted,
21
                                              LATHAM & WATKINS LLP
22                                                Daniel M. Wall
                                                  Timothy L. O'Mara
23                                                Sadik Huseny

24
                                              By _____/s/ Timothy L. O'Mara_____
25                                                Timothy L. O'Mara
                                                  Attorneys for Defendants
26                                                ATMI, INC. and ADVANCED
                                                  TECHNOLOGY MATERIALS, INC.
27

28  SF\648771

# EXHIBIT 5

1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
      Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  Email: Dan.Wall@lw.com
   Email: Tim.OMara@lw.com
6  Email: Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  PRAXAIR, INC.,                          CASE NO. C 08-00689 JW (HRL)

14                                          **MANUAL FILING NOTIFICATION**
           Plaintiff,
15                                          **EXHIBIT 5: DRAFT 2008 SALES
      v.                                    AGREEMENT**
16
                                            **[FILED UNDER SEAL IN ITS ENTIRETY]**
17  ATMI, INC. and ADVANCED
    TECHNOLOGY MATERIALS, INC.,             Date:    April 21, 2008
18                                          Time:    9:00 AM
                                            Place:   Courtroom 8, 4th Floor
19         Defendants.                      Judge:   The Honorable James Ware

20

21

22           **FILED UNDER SEAL PURSUANT TO**

23  **DEFENDANTS' PENDING MOTION TO FILE UNDER SEAL**

24

25

26

27

28

1

**MANUAL FILING NOTIFICATION**

2  Regarding:  Exhibit 1 to the Declaration of Richard Fricke in Support of Defendants ATMI,

3  Inc.'s and Advanced Technology Materials, Inc.'s Memorandum of Points and Authorities in

4  Opposition to Plaintiff's Motion for Preliminary Injunction.

5              This filing is in paper only, and is being maintained in the case file in the Clerk's

6  Office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For

7  information on retrieving this filing directly from the court, please see the court's main website

8  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9              This filing was not efiled for the following reason(s):

10  _____  Voluminous Document (PDF file size larger than efiling system allowances)

11  _____  Unable to Scan Documents

12  _____  Physical Object (description): _____

13  _____

14
     _____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15
     _X__  Item Under Seal
16
     _____  Conformance with the Judicial Conference Privacy Policy (General Order 53)
17
     _____  Other (description): _____
18

19  _____

20
     Dated:  March 19, 2008                    Respectfully Submitted,
21
                                               LATHAM & WATKINS LLP
22                                                  Daniel M. Wall
                                                    Timothy L. O'Mara
23                                                  Sadik Huseny

24
                                               By _____/s/ Timothy L. O'Mara_____
25                                                  Timothy L. O'Mara
                                                    Attorneys for Defendants
26                                                  ATMI, INC. and ADVANCED
                                                    TECHNOLOGY MATERIALS, INC.
27

28   SF\648774