| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|  |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Timothy L. O'Mara (Bar No. 212731) |
|  |    Sadik Huseny (Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
|  | San Francisco, California  94111-6538 |
| 4 | Telephone:  (415) 391-0600 |
|  | Facsimile:  (415) 395-8095 |
| 5 | Email:    Dan.Wall@lw.com |
|  | Email:    Tim.OMara@lw.com |
| 6 | Email:    Sadik.Huseny@lw.com |

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
|             Plaintiff, | **DECLARATION OF JAMES V. WAUGH, CERADYNE BORON PRODUCTS, LLC, DIRECTOR** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
|             Defendants. | |

I, James V. Waugh, declare and say:

1. I am Director of Boron Products, LLC ("Boron Products"). My declaration is based upon my personal knowledge and my responsibilities as Director of Boron Products.

2. The business now owned by Boron Products was established in the early 1970s as a subsidiary of EaglePicher, Inc. and was acquired by Ceradyne, Inc. on August 31, 2007. Boron Products is located in Quapaw, Oklahoma.

3. To my knowledge, as stated on the company's website, Boron Products has "the largest Boron isotope enrichment facility in the world," and is "well-known for its ability to engineer products to suit unique customer applications, and [is] particularly adept at solving problems for the demanding nuclear and semiconductor industries."[1]

4. Boron Products sells $B^{11}F_3$ to Praxair, Inc., ATMI, Inc., and other customers.

5. Boron Products has capacity sufficient to service demand for $B^{11}F_3$. At present, Boron Products could produce 300 kg per month (3,600 kg per year) of its purest $B^{11}F_3$. If demand warranted it, Boron Products could increase this output capacity.

6. In 2007, Boron Products sold over 1,000 kg of $B^{11}F_3$.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19 day of March, 2008.

*[signature]*

JAMES V. WAUGH

SF\647923.1

---

[1] See http://www.ceradyne.com/about/boron-products.aspx