LATHAM & WATKINS LLP
    Daniel M. Wall (Bar No. 102580)
    Timothy L. O'Mara (Bar No. 212731)
    Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:    Dan.Wall@lw.com
Email:    Tim.OMara@lw.com
Email:    Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY
MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ATMI, INC. and ADVANCED<br>TECHNOLOGY MATERIALS, INC.,<br><br>                    Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**[PROPOSED] ORDER DENYING<br>PLAINTIFF'S MOTION FOR<br>PRELIMINARY INJUNCTION**<br><br>Date:        April 21, 2008<br>Time:       9:00 AM<br>Place:      Courtroom 8, 4th Floor<br>Judge:     The Honorable James Ware |

        Plaintiff Praxair Inc.'s Motion for a Preliminary Injunction ("Motion") came on

for hearing on April 21, 2008. Having considered the papers filed in support of and in

opposition to the Motion, and the arguments of counsel, IT IS HEREBY ORDERED that the

Motion is DENIED in its entirety.

        **IT IS SO ORDERED.**

DATED: _____        By:_____
                                                      THE HONORABLE JAMES WARE
                                                      United States District Judge