1  LATHAM & WATKINS LLP
      Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
      Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:    Dan.Wall@lw.com
   Email:    Tim.OMara@lw.com
6  Email:    Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9

                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION
12

13 | PRAXAIR, INC.,                          | CASE NO. C 08-00869 JW (HRL)
14 |                Plaintiff,                | **STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
15 |        v.                                |
16 | ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., |
17 |                                          |
18 |                Defendants.               |

19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR
BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-08-00869 JW (HRL)

1  WHEREAS, the parties have agreed to extend by five (5) pages the page limits for the opposition and reply briefing related to plaintiff Praxair, Inc.'s Motion for Preliminary due to the complexity and depth of procedural and factual issues presented, and request that the Court grant the page limit increases;

NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE that defendants shall be permitted to file an opposition brief of thirty (30) pages, and plaintiff shall be permitted to file a reply brief of twenty (20) pages.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 19, 2008                    Respectfully Submitted,

                                         LATHAM & WATKINS LLP
                                           Daniel M. Wall
                                           Timothy L. O'Mara
                                           Sadik Huseny


                                         By _____/s/ Timothy L. O'Mara_____
                                            Timothy L. O'Mara
                                            Attorneys for Defendants
                                            ATMI, INC. and ADVANCED
                                            TECHNOLOGY MATERIALS, INC.

Dated: March 19, 2008                    Respectfully Submitted,

                                         HELLER EHRMAN LLP
                                           Stephen V. Bomse


                                         By _____/s/ Stephen V. Bomse_____
                                            Stephen V. Bomse
                                            Attorneys for Plaintiff
                                            PRAXAIR, INC.



**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    By:_____
                                   THE HONORABLE JAMES WARE
                                   United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-08-00869 JW (HRL)

## ELECTRONIC CASE FILING ATTESTATION
### (General Order No. 45(X)(B))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION pursuant to Civil Local Rules 6-1 and 6-2.  In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stephen V. Bomse.

Dated:  March 19, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
   Daniel M. Wall
   Timothy L. O'Mara
   Sadik Huseny

By    /s/ Timothy L. O'Mara
   Timothy L. O'Mara
   Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

SF\648608.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-08-00869 JW (HRL)