1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Timothy L. O'Mara (Bar No. 212731)
     Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  Email:  Dan.Wall@lw.com
   Email:  Tim.OMara@lw.com
6  Email:  Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
| Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Defendants ATMI, Inc. and Advanced Technology Materials, Inc. hereby submit, pursuant to Civil Local Rules 7-11 and 79-5, this Administrative Motion to File Under Seal the following documents in connection with their Opposition to Plaintiff Praxair, Inc.'s Motion for Preliminary Injunction:  Exhibits 1 - 5 to the Declaration of Richard Fricke filed in support of Defendants' Opposition to Motion for Preliminary Injunction ("Fricke Declaration").

    Defendants have narrowly tailored the sealing sought by the instant Administrative Motion. The above-referenced exhibits attached to the Fricke Declaration are confidential business agreements containing information relating to the trade secrets and confidential strategy, business development, commercial and proprietary information of Defendants and/or third parties. As such, they are sealable as within the purview of Civil Local Rule 79-5.

    Due to the preliminary nature of the relief requested by Plaintiff's Motion for Preliminary Injunction, the parties have not yet met and conferred regarding the terms and execution of a standard protective order in this matter.  Defendants anticipate that any such protective order will govern confidentiality designations for documents such as the exhibits referenced herein, and provide for the filing under seal, pursuant to local court rules and orders, of these and like documents

    For the foregoing reasons, Defendants respectfully requests that the Court grant this Administrative Motion to File Under Seal.

Dated:  March 19, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
   Daniel M. Wall
   Timothy L. O'Mara
   Sadik Huseny


By       /s/ Sadik Huseny
   Sadik Huseny
   Attorneys for Defendants
   ATMI, INC. and ADVANCED
   TECHNOLOGY MATERIALS, INC.

SF\648765