LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>           Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**DECLARATION OF SADIK HUSENY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

I, Sadik Huseny, declare as follows:

1.   I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants ATMI, Inc. and Advanced Technology Materials, Inc. in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Exhibits 1 - 5 to the Declaration of Richard Fricke filed in support of Defendants' Opposition to Plaintiff Praxair, Inc.'s Motion for Preliminary Injunction ("Fricke

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SADIK HUSENY ISO
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C-08-00869 JW (HRL)

1  Declaration").

2     3.   Exhibits 1 - 5 to the Fricke Declaration are confidential business agreements containing information relating to the trade secrets and confidential strategy, business development, commercial and proprietary information of Defendants and/or third parties. Defendants have narrowly tailored their instant request to seal in this case to these actual documents alone, and not to additional documents or to references made regarding Exhibits 1 – 5 to the Fricke Declaration.

   4.   Counsel for the parties to this litigation have not yet met and conferred regarding the terms and execution of a standard protective order in this matter. It is anticipated that any such protective order will govern confidentiality designations for documents such as the exhibits referenced herein, and provide for the filing under seal, pursuant to local court rules and orders, of these and like documents.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 19, 2008 in San Francisco, California.

                         /s/ Sadik Huseny
                         Sadik Huseny

SF\648763

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF SADIK HUSENY ISO
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C-08-00869 JW (HRL)