1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
   Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
5  Email:  Dan.Wall@lw.com
Email:  Tim.OMara@lw.com
6  Email:  Sadik.Huseny@lw.com

7  Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
| 14        Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE** |
| 15      v. | |
| 16  ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| 17 | |
| 18        Defendants. | |

19

20        Upon consideration of the points and authorities and supporting documents

21  submitted by counsel and the other information in the record,

      **IT IS HEREBY ORDERED** that defendants ATMI, Inc. and Advanced
22

Technology Materials, Inc. are permitted to file under seal Exhibits 1 - 5 to the Declaration of
23

Richard Fricke filed in support of Defendants' Opposition to Motion for Preliminary Injunction.
24

25

26  DATED: _____  By:_____
                             THE HONORABLE JAMES WARE
27                               United States District Judge

28  SF\648767

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
CASE NO. C-08-00869 JW (HRL)