| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Timothy L. O'Mara (Bar No. 212731) |
|   |    Sadik Huseny (Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111-6538 |
| 4 | Telephone: (415) 391-0600 |
|   | Facsimile: (415) 395-8095 |
| 5 | Email: Dan.Wall@lw.com |
|   | Email: Tim.OMara@lw.com |
| 6 | Email: Sadik.Huseny@lw.com |
| 7 | Attorneys for Defendants |
|   | ATMI, INC. and ADVANCED TECHNOLOGY |
| 8 | MATERIALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | Date: April 21, 2008 |
| | Time: 9:00 AM |
| | Place: Courtroom 8, 4th Floor |
| Defendants. | Judge: The Honorable James Ware |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **March 19, 2008**, I served the following document(s) described as:

- **DEFENDANTS ATMI, INC.'S AND ADVANCED TECHNOLOGY MATERIALS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS ATMI, INC.'S AND ADVANCED TECHNOLOGY MATERIALS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF BRUNO VANDERMEULEN IN SUPPORT OF DEFENDANTS ATMI, INC.'S AND ADVANCED TECHNOLOGY MATERIALS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF NUKEM GmbH IN SUPPORT THEREOF;**
- **DECLARATION OF RICHARD FRICKE IN SUPPORT OF DEFENDANTS ATMI, INC.'S AND ADVANCED TECHNOLOGY MATERIALS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION *[PUBLIC VERSION]*;**
- **DECLARATION OF JAMES V. WAUGH, DIRECTOR OF BORON PRODUCTS, LLC IN SUPPORT THEREOF; and**
- **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**

*********************

- **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF SADIK HUSENY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; and**
- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE.**

*********************

- **STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**

1 to the party listed below and in the following manner described preceding each list of recipients:

## BY NOTICE OF ELECTRONIC FILING

The following parties were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. C 08-00869 JW (HRL):

- Stephen V. Bomse          sbomse@hewm.com
- Timothy L. O'Mara         tim.omara@lw.com
- Daniel M. Wall            dan.wall@lw.com

by serving true copies of the above-described document(s) in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Chad J. Doellinger, Esq.
Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone:   (312) 660-7600
Facsimile:   (312) 692-1718

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 19, 2008**, at San Francisco, California.

_____
Linda C. Tam

SF\646045