1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
   Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
  San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
  Facsimile:  (415) 395-8095
5  Email:   Dan.Wall@lw.com
  Email:   Tim.OMara@lw.com
6  Email:   Sadik.Huseny@lw.com

7  Attorneys for Defendants
  ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>          Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[CIVIL LOCAL RULES 6-1, 6-2, and 7-12]** |

1    WHEREAS, the Court's March 10, 2008 Order continued the hearing date on Plaintiff's Motion for Preliminary Injunction ("Motion") to April 21, 2008 and further set the filing date for Defendants' Opposition to Plaintiff's Motion to March 17, 2008; and

WHEREAS, defendants have requested a two-day extension of the due date to file the Opposition brief, from March 17, 2008 to March 19, 2008; and

WHEREAS, plaintiff is agreeable on the condition that: (i) the time to file plaintiff's Reply brief is also enlarged two days, from April 7, 2008 to April 9, 2008, and (ii) the Motion hearing date remains April 21, 2008; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

1. Defendants shall file their Opposition brief to Plaintiff's Motion by March 19, 2008; and

2. Plaintiff shall file its Reply brief in support of the Motion by April 9, 2008.

**IT IS SO STIPULATED.**

Dated:  March 14, 2008          Respectfully Submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara
  Sadik Huseny


By _____/s/ Timothy L. O'Mara_____
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED
TECHNOLOGY MATERIALS, INC.

Dated:  March 14, 2008          Respectfully Submitted,

HELLER EHRMAN LLP
  Stephen V. Bomse


By _____/s/ Stephen V. Bomse_____
Stephen V. Bomse
Attorneys for Plaintiff
PRAXAIR, INC.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: March 28, 2008             By: *James Ware*

4                                        THE HONORABLE JAMES WARE
                                          United States District Judge

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION pursuant to Civil Local Rules 6-1 and 6-2.  In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stephen V. Bomse.

Dated:  March 14, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
   Daniel M. Wall
   Timothy L. O'Mara
   Sadik Huseny

By     /s/ Timothy L.O'Mara
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

SF\647899