| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |   Daniel M. Wall (Bar No. 102580) |
| 2 |   Timothy L. O'Mara (Bar No. 212731) |
|   |   Sadik Huseny (Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California  94111-6538 |
| 4 | Telephone:  (415) 391-0600 |
|   | Facsimile:  (415) 395-8095 |
| 5 | Email:  Dan.Wall@lw.com |
|   | Email:  Tim.OMara@lw.com |
| 6 | Email:  Sadik.Huseny@lw.com |
| 7 | Attorneys for Defendants |
|   | ATMI, INC. and ADVANCED TECHNOLOGY |
| 8 | MATERIALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR
BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-08-00869 JW (HRL)

1   WHEREAS, the parties have agreed to extend by five (5) pages the page limits
2   for the opposition and reply briefing related to plaintiff Praxair, Inc.'s Motion for Preliminary
3   due to the complexity and depth of procedural and factual issues presented, and request that the
4   Court grant the page limit increases;

5   NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE
6   that defendants shall be permitted to file an opposition brief of thirty (30) pages, and plaintiff
7   shall be permitted to file a reply brief of twenty (20) pages.

8   **IT IS SO STIPULATED AND AGREED.**

9   Dated: March 19, 2008                    Respectfully Submitted,

    LATHAM & WATKINS LLP
        Daniel M. Wall
        Timothy L. O'Mara
        Sadik Huseny

    By _____/s/ Timothy L. O'Mara_____
        Timothy L. O'Mara
        Attorneys for Defendants
        ATMI, INC. and ADVANCED
        TECHNOLOGY MATERIALS, INC.

17  Dated: March 19, 2008                    Respectfully Submitted,

    HELLER EHRMAN LLP
        Stephen V. Bomse

    By _____/s/ Stephen V. Bomse_____
        Stephen V. Bomse
        Attorneys for Plaintiff
        PRAXAIR, INC.

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    DATED: ___March 28, 2008___    By:_____[signature: James Ware]_____
                                        THE HONORABLE JAMES WARE
                                        United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR
BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-08-00869 JW (HRL)

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION pursuant to Civil Local Rules 6-1 and 6-2. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stephen V. Bomse.

Dated: March 19, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara
  Sadik Huseny

By       /s/ Timothy L.O'Mara
  Timothy L. O'Mara
  Attorneys for Defendants
  ATMI, INC. and ADVANCED
  TECHNOLOGY MATERIALS, INC.

SF\648608.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-08-00869 JW (HRL)