LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Timothy L. O'Mara (Bar No. 212731)
   Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY
MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAXAIR, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ATMI, INC. and ADVANCED<br>TECHNOLOGY MATERIALS, INC.,<br><br>        Defendants. | CASE NO. C 08-00869 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 – 5 OF THE DECLARATION OF RICHARD FRICKE** |

      Upon consideration of the points and authorities and supporting documents submitted by counsel and the other information in the record,

      **IT IS HEREBY ORDERED** that defendants ATMI, Inc. and Advanced Technology Materials, Inc. are permitted to file under seal Exhibits 1 - 5 to the Declaration of Richard Fricke filed in support of Defendants' Opposition to Motion for Preliminary Injunction.

DATED: __ March 31, 2008 _____     By:_____

                                   THE HONORABLE JAMES WARE
                                   United States District Judge

SF\648767

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
CASE NO. C-08-00869 JW (HRL)