LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY
MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | CASE NO. C 08-00869 JW (HRL) <br><br> **NOTICE OF NEW FACTUAL DEVELOPMENTS** <br><br> Date: April 21, 2008 <br> Time: 9:00 AM <br> Place: Courtroom 8, 4th Floor <br> Judge: The Honorable James Ware |

1    Defendants respectfully submit this Notice to apprise the Court of new factual developments that relate to Plaintiff Praxair, Inc.'s Motion for Preliminary Injunction and Defendants' Opposition thereto.

Defendants' Opposition Brief, filed on March 19, 2008, addresses in detail the existing and proposed supply contracts between ATMI, Inc. and Nukem GmbH ("Nukem"), including the fact that these contracts expressly allow Nukem to sell 100 kilograms of $B^{11}F_3$ to third parties each year. As ATMI stated therein:

> ATMI and Nukem are presently negotiating a new two-year supply contract for $B^{11}F_3$. ATMI's "take or pay" obligation is larger than ever, but once again the contemplated contract gives Nukem the right to sell 100 kg of $B^{11}F_3$ per year to third parties…. We acknowledge Praxair's claim that it was *told* by Nukem that Praxair could no longer purchase $B^{11}F_3$ from Nukem. Candidly, at this early stage of the litigation, we are not in a position to contest that claim. However, the contract governs, and it unequivocally does and will allow Nukem to sell "up to 100 kg of B-11 F3 per contract year" to anyone.

Defendant's Opposition Brief at 8.

On March 31, 2008 – subsequent to the filing of Defendants' Opposition Brief – Nukem first informed ATMI that Nukem has already committed to sell nearly 100 kg of $B^{11}F_3$ gas to other third-party customers for 2008 (other than Praxair), such that Nukem apparently cannot supply any significant quantities of $B^{11}F_3$ to Praxair in 2008 and remain in compliance with the current and proposed contracts. Declaration of Timothy L. O'Mara ("O'Mara Decl.") ¶ 2.

For the reasons stated in Defendants' Opposition Brief, there is no legal obligation under U.S. antitrust law or otherwise that requires ATMI to share its supply chain with competitors when alternative supplies are available, as they are with respect to $B^{11}F_3$. Defendants' Opposition Brief at 14-20. Accordingly, Nukem's recent disclosure does not imperil the lawfulness of the supply contracts at issue, and this new factual development does not change the legal analysis set forth in Defendants' opposition. Nevertheless, in order to eliminate any argument that this new factual development has any bearing on the pending preliminary

1  injunction motion, ATMI has agreed to a one-time exception to the contract that will allow
2  Nukem to sell up to 40 kg of $B^{11}F_3$ gas to Praxair in 2008 above and beyond whatever parts of
3  the normal 100 kg third-party allotment Nukem chooses to sell to Praxair.  O'Mara Decl. ¶¶ 4-6,
4  Exh. 1.  Nukem may sell the entire 140 kg of $B^{11}F_3$ to Praxair in 2008 if that is what it chooses.
5  *Id*.

7  Dated:  April 7, 2008                    Respectfully Submitted,

8                                            LATHAM & WATKINS LLP
                                                Daniel M. Wall
9                                               Timothy L. O'Mara
                                                Sadik Huseny

12                                           By _____/s/ Timothy L. O'Mara_____
                                                Timothy L. O'Mara
                                                Attorneys for Defendants
13                                              ATMI, INC. and ADVANCED
                                                TECHNOLOGY MATERIALS, INC.

SF\650989