1  STEPHEN V. BOMSE (Bar No. 40686)
   steve.bomse@hellerehrman.com
2  HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, California 94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5
6  NATHAN P. EIMER (*Admitted Pro Hac*)
   neimer@eimerstahl.com
7  ANDREW G. KLEVORN (*Admitted Pro Hac*)
   aklevorn@eimerstahl.com
8  CHAD J. DOELLINGER (*Admitted Pro Hac*)
   cdoellinger@eimerstahl.com
9  EIMER STAHL KLEVORN & SOLBERG LLP
   224 South Michigan Avenue, Suite 1100
10 Chicago, Illinois 60604
11 Telephone: (312) 660 7600
   Facsimile: (312) 692-1718
12
   Attorneys for Plaintiff
13 PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | Case No.: C-08-00869 JW (HRL) |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING PAGE LIMITS FOR REPLY BRIEF** |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

1. WHEREAS, on Monday, April 7, 2008, Defendants filed their Notice of New Factual Development accompanied by the Declaration of Timothy L. O'Mara and attached Exhibit, and

2. WHEREAS, plaintiff Praxair Inc. needs to discuss this new filing as part of its reply in support of its motion for preliminary injunction that is due tomorrow,

3. IT IS HEREBY STIPULATED that Praxair Inc. may have an additional 5 pages for its reply brief, in addition to the amount previously mutually stipulated to by the parties.

So stipulated:

Dated: April 8, 2008

HELLER EHRMAN LLP

EIMER STAHL KLEVORN & SOLBERG LLP


By____/s/ Stephen V. Bomse_____

Attorneys for Plaintiff
PRAXAIR, INC.

Dated: April 8, 2008

LATHAM & WATKINS


By____/s/ Timothy L. O'Mara_____

Attorneys for Defendants ATMI, INC. and
ADVANCED TECHNOLOGY MATERIALS, INC.

Good cause appearing, IT IS SO ORDERED.

Dated: _____


_____
THE HONORABLE JAMES WARE
United States District Judge

1