STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER
neimer@eimerstahl.com
ANDREW G. KLEVORN
aklevorn@eimerstahl.com
CHAD J. DOELLINGER
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | Case No.: C-08-00869 JW (HRL) <br><br> **DECLARATION OF JAMES V. WAUGH** |

I, James V. Waugh, declare and state as follows:

1. I am Director of Boron Products, LLC (hereinafter "Boron Products"). My declaration is based upon my personal knowledge and my responsibilities as Director of Boron Products.

2. The business now owned by Boron Products was established in the early 1970s as a subsidiary of EaglePicher, Inc. and was acquired by Ceradyne, Inc. on August 31, 2007. Boron Products is located in Quapaw, Oklahoma.

3. Boron Products traditionally used the "KBF4 Salt Cracking" method to produce $^{11}BF_3$. In or around 2005, after an approximately five year development effort, Boron Products began producing $^{11}BF_3$ using an alternative method, called "Cryo Distillation."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008.

James V. Waugh