STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | Case No.: C-08-00869 JW (HRL) <br><br> **DECLARATION OF PAUL PEETERS IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: April 21, 2008 <br> Time: 9:00 a.m. <br> Ctrm: 8, 4th floor <br> Hon. James Ware |

Pursuant to 28 U.S.C. § 1746, Paul Peeters declares as follows:

1. I am Paul Peeters, European Business & Supply Chain Manager of Praxair, Inc. (hereinafter "Praxair Electronics"). I submit this Declaration in support of Praxair Inc.'s Motion for a Preliminary Injunction.

2. My declaration is based upon my personal knowledge and my responsibilities as European Business & Supply Chain Manager of Praxair Electronics.

3. On March 27, 2008, I sent to Jürgen Laucht, General Manager Isotopes of Nukem GmbH ("Nukem"), an email requesting confirmation that Nukem would be able to supply Praxair Electronics 100 kg of $B^{11}F_3$ for use in its ion implantation business in 2008. This email requested a written response no later than March 31, 2008.

4. No response was received by the March 31 deadline.

5. On April 4, 2008, I sent another email requesting that Nukem promptly respond to my prior letter and directed Nukem to promptly respond to Mrs. Veerle Slenders.

6. As of today, Praxair Electronics has not received a response to any of its inquiries or requests from Mr. Laucht or another Nukem employee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2008.

Paul Peeters