STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                      Plaintiff,<br><br>       v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>                      Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**DECLARATION OF VERLEE SLENDERS IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th floor<br>Hon. James Ware |

1  I, Veerle Slenders, declare and state as follows:

2  1.    I submit this Declaration in support of Praxair Inc.'s Motion for a Preliminary Injunction.

3  2.    My declaration is based upon my personal knowledge and my responsibilities as Business
4  Director Process Gases - North America and Europe for Praxair Electronics.

5  3.    On April 7, 2008, I received an email from Juergen Laucht of NUKEM GmbH. A true and
6  correct copy of that email is attached hereto as Exhibit 1.

8  I declare under penalty of perjury under the laws of the United States of America that the foregoing
9  is true and correct.

11  Executed on April 9, 2008.

12           Veerle Slenders



**Veerle Slenders/BEL/EU/Praxair**
09/04/2008 09:51

To   Marie France Dedieu/FRA/EU/Praxair@Praxair
cc
bcc
Subject   Fw: Our B11F3 capabilities for Praxair [Virus checked]

Could you print for me please - thanks

*This e-mail, including any attachments, is intended solely for the person or entity to which it is addressed and may contain confidential, proprietary and/or non-public material. Except as stated above, any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than an intended recipient is prohibited. If you receive this in error, please so notify the sender and delete the material from any media and destroy any printouts or copies.*

*Ce courrier électronique, à l'inclusion de toutes pièces jointes, est destiné exclusivement à la personne ou à l'entité à laquelle il est adressé et peut contenir des informations confidentielles, exclusives et/ou privées. A l'exception des dispositions ci-dessus, toute révision, retransmission, diffusion ou autre utilisation de ces informations ou la prise d'actions sur la foi desdites informations par des personnes ou entités autres que le destinataire visé est interdite. Si vous recevez cet e-mail par erreur, veuillez en informer l' expéditeur et effacer les informations de tout support et en détruire toutes impressions ou copies.*

*Dit e-mailbericht, inclusief de bijlagen, is enkel en alleen bestemd voor de persoon of entiteit aan wie het gericht is en kan vertrouwelijke, particuliere en/of niet-publieke informatie bevatten. Behalve zoals hierboven vermeld, is om het even welke tweede bezichtiging, nieuwe transmissie, verspreiding of ander gebruik ervan, of het handelend optreden vertrouwend op deze informatie door personen of entiteiten anders dan de bedoelde ontvanger, verboden. Indien u dit per vergissing ontvangt, gelieve de zender hiervan op de hoogte te stellen, de informatie op alle media te wissen en afdrukken of kopieën te vernietigen.*

----- Forwarded by Veerle Slenders/BEL/EU/Praxair on 09/04/2008 09:51 -----



juergen.laucht@nukem.de
07/04/2008 16:59

To   Paul_Peeters@praxair.com, Veerle_Slenders@praxair.com
cc   christian.lawerentz@nukem.de, michael.kievel@nukem.de
Subject   Our B11F3 capabilities for Praxair [Virus checked]

Dear Ms. Slenders, dear Mr. Peeters,

Sorry for the late response to your emails dated March 27, 2008 and April 04, 2008 concerning the current supply situation of 11BF3 to Praxair. As I have been on a business trip to Georgia with limited access to my incoming emails the past week, I herewith like to use the opportunity to reply to your letter. As it seems to me, several misunderstandings as well as misinterpretations occurred:

> It is a fact that none of our business partners can either dictate nor regulate to whom NUKEM sales material. But NUKEM will always serve and fulfill its contractual quantity commitments made.
> Your statement, "ATMI has recently advised the court that ATMI's position regarding the new agreement between it and Nukem would allow Nukem to sell 100kg of B11F3 to Praxair in 2008 ....." does not reflect our contract, since "Praxair" is not mentioned herein.
> Concerning your request on the possible supply of B11F3 we have the following situation: Since we made already quantity commitments to supply 11BF3 gas to various customers in Asia as well as the US in addition to the volume commitments with ATMI / MTG, we would currently not be able to supply any material to Praxair in 2008 as we have currently difficulties to satisfy the existing contractual commitments.

After discussions with our supplier we jointly developed the following proposal to provide Praxair with 11BF3 gas: We could accept your Purchase Order for 40,000 g of 11BF3. We would provide you with a delivery schedule

upon your request for your planning purpose. A first delivery of 20,000 g of 11BF3 gas might take place not earlier than in 6 - 8 weeks.

We hope our explanations may help you to understand the current supply situation as well as our contractual obligations.

In case of any additional questions, please do not hesitate to contact us anytime.

Best regards
Juergen Laucht
*********************************************************************************
***********************

Juergen Laucht
NUKEM GmbH
General Manager Research Reactors & Stable Isotopes / Fuel Cycle Services
Industriestr. 13, Germany, 63754 Alzenau
P +49 6023 911611, F: +49 6023 911614
mailto:juergen.laucht@nukem.de
www.nukemgroup.com