STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>                    Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**DECLARATION OF CHAD J. DOELLINGER IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th floor<br>Hon. James Ware |

DECLARATION OF CHAD J. DOELLINGER IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION; CASE NO. C-08-00869 JW (HRL)

I, Chad J. Doellinger, declare and state as follows:

1. I am an attorney licensed to practice law in the State of Illinois associated with the firm of Eimer Stahl Klevorn & Solberg LLP, counsel for Plaintiff Praxair, Inc. I make this declaration in support of Plaintiff's Reply in Support of Its Motion for a Preliminary Injunction.

2. I have reviewed the ATMI – NUKEM agreements and amendments thereto submitted by ATMI in support of its opposition to Plaintiffs' Motion for Preliminary Injunction. (*See* Dkt. 32, Exs. 1 – 5.)

3. The attached chart, which I composed based upon my review of the foregoing ATMI-NUKEM agreements and amendments, is a summary of pertinent terms of those agreements. A true and correct copy of this chart is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2008.

_____
Chad J. Doellinger

# EXHIBIT 1

(Exhibit filed under seal)

STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>                     Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**EXHIBIT 1 TO THE DECLARATION OF CHAD J. DOELLINGER IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>[CONFIDENTIAL IN ITS ENTIRETY]<br><br>Date:     April 21, 2008<br>Time:    9:00 a.m.<br>Ctrm:    8, 4th floor<br>Hon. James Ware |

MANUAL FILING NOTICE OF EXHIBIT 1 TO THE DECLARATION OF CHAD DOELLINGER IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION; CASE NO. C-08-00869 JW (HRL)

## MANUAL FILING NOTIFICATION

Regarding: Exhibit 1 of the Declaration of Chad Doellinger in Support of Plaintiff's Reply Supporting Motion for Preliminary Injunction.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than the efiling system allows)

_____ Unable to Scan Documents

_____ Physical Object (description): [insert description of object here]

_____ Non Graphical/Textual Computer File (audio/video/etc) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): [insert description here]

DATED: April 9, 2008                    EIMER STAHL KLEVORN & SOLBERG LLP


By _____/s/ Chad J. Doellinger_____
   Chad J. Doellinger
   Attorneys for Plaintiff PRAXAIR, INC.

1

MANUAL FILING NOTICE OF EXHIBIT 1 TO THE DECLARATION OF CHAD DOELLINGER IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION; CASE NO. C-08-00869 JW (HRL)