STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>ATMI, INC. and ADVANCED<br>TECHNOLOGY MATERIALS, INC.,<br><br>                          Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**DECLARATION OF JOYCE CHEN IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[PUBLIC VERSION]**<br><br>Date:          April 21, 2008<br>Time:          9:00 a.m.<br>Ctrm:          8, 4th floor<br>Hon.  James Ware |

I, Joyce Chen, declare and state as follows:

1. I am Joyce Chen, President, Praxair Chemax Semiconductor Materials. My declaration is based upon my personal knowledge and my responsibilities at Praxair.

2. I am responsible for working with some of Praxair's customers who use Praxair's UpTime® system for the delivery of dopant gases in their semiconductor fabrication process. These customers include    REDACTED    Dopant gases, which include an isotope known as enriched boron trifluoride ("$B^{11}F_3$"), are used to implant ions on to the silicon wafer used to fabricate semiconductors.

3. The $B^{11}F_3$ delivered via the Praxair's UpTime® systems that my customers use is currently sourced from Nukem GmbH.

4. The customers I work with on behalf of Praxair have very stringent quality control standards regarding the materials that they use in the fabrication of semiconductors. Before a particular material can be utilized in a customer's fabrication process, the customer subjects the proposed material to a rigorous qualification process.

5. Although there are small differences among customers' qualification processes, all UpTime® customers share certain general requirements in common. For dopant gases, the qualification process includes a review and test of the material, the transfilling location, the delivery package and all related parameters relating to the use of the dopant gas in the customer's implantation process. The qualification process also involves subjecting the material to a battery of tests using different sized lots of the material, starting with pilot sized quantities and ending with a full scale production run. This involves the dedication of one or more of the customer's production lines for testing.

6. The customers that I work with on behalf of Praxair utilize such a rigorous qualification process because the fabrication of semiconductors is a precise and exacting endeavor; trace amounts of impurities or imperfections in a raw material cause lost production, delay, and increased costs far in excess of the cost of the materials being used. Given this process, semiconductor fabrication customers are concerned about and aware of the source and nature of any dopant gas used in their fabrication processes. Indeed, in my experience, if a material, its package and the

2

CASE NO. C-08-00869 JW (HRL); DECLARATION OF JOYCE CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

1  process have been qualified and if the material is not actually used in the fabrication process for
2  some period of time, then the material may need to be re-qualified to ensure that its properties
3  remain consistent with those originally tested.

4      7.  The customers that I have worked with on behalf of Praxair each subjected the $B^{11}F_3$ used in
5  the UpTime® system (and sourced from Nukem GmbH) to such a qualification process.  This
6  process typically took up to nine months (and at times, as long as a year or more) from the date that
7  Praxair delivered a test cylinder of $B^{11}F_3$ until the customer was satisfied that it would meet its
8  standards.

9      8.  In light of the time and effort that Praxair's customers expended in qualifying Nukem-
10  sourced $B^{11}F_3$ for use in the semiconductor fabrication process, switching to another source of $B^{11}F_3$
11  would be both time-consuming and costly, with no assurance that the alternative source of $B^{11}F_3$
12  ultimately would be acceptable.  Each customer would need to subject the alternatively-sourced
13  $B^{11}F_3$ to a qualification process similar to that employed with the Nukem-sourced $B^{11}F_3$, which I
14  expect would take up to nine months or more.

15      9.

16

17                                  **REDACTED**

18

19

20

21  I declare under penalty of perjury under the laws of the United States of America that the foregoing
22  is true and correct.

23

24  Executed on April __9__, 2008.                    _Joyce Chen_

25                                          Joyce Chen

26

27

28