STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>　　　　　Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**DECLARATION OF LARRY SPURGEON IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[PUBLIC VERSION]**<br><br>Date:　　　April 21, 2008<br>Time:　　　9:00 a.m.<br>Ctrm:　　　8, 4th floor<br>Hon. James Ware |

MANUAL FILING NOTIFICATION OF DECLARATION OF LARRY SPURGEON IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION); CASE NO. C-08-00869 JW (HRL)

I, Larry Spurgeon, declare and state as follows:

1. I am Larry Spurgeon, Executive Account Manager of Praxair Electronics. My declaration is based upon my personal knowledge and my responsibilities at Praxair.

2. From 1991 to 2000, I was an employee of Eagle-Picher, located at Eagle-Picher's facility in Oklahoma that, among other things, produced $B^{11}F_3$. After I left Eagle-Picher, its Oklahoma facility became a part of Boron Products LLC. For brevity's sake, I shall refer to Eagle-Picher as Boron Products throughout this declaration.

**Boron Products Production of $B^{11}F_3$:**

3. In the mid-1990's, Boron Products was the primary supplier of enriched boron trifluoride ("$B^{11}F_3$"). Boron Products produced its $B^{11}F_3$ at a facility in Oklahoma.

4. Boron Products' manufacturing facility for $B^{11}F_3$ was originally designed to produce another boron isotope, $B^{10}$, which is used in the nuclear energy industry. Isotopically-enriched B-11 products, like $B^{11}F_3$, are a by-product of this $B^{10}$ process. The original $B^{11}F_3$ manufacturing process, called "KBF4 cracking," then employed by Boron Products resulted in $B^{11}F_3$ containing an impurity that could manifest itself as a particulate. This particulate tended to cause mechanical delivery systems of dopant gases, such as Praxair's UpTime® system, to clog.

5. In the late 1990's, $B^{11}F_3$ became available from a facility in Tbilisi, Republic of Georgia. This $B^{11}F_3$, for which Boron Products apparently had an initial exclusive distribution agreement and which was produced using a different process, did not have the problematic impurity present in the $B^{11}F_3$ manufactured by Boron Products in Oklahoma.

6. In about 2000, NUKEM GmbH ("NUKEM") became the sole distributor of $B^{11}F_3$ produced at the Tbilisi facility.

7. Praxair first entered the market for sub-atmospheric delivery systems in 2003, with the introduction of its mechanically-based UpTime® delivery system. This system offered many advantages over the adsorbant systems sold by ATMI that had been prevalent during the 1990s.

8. Because the $B^{11}F_3$ produced by Boron Products in 2003 contained a particulate that could clog Praxair's UpTime® delivery system, as referenced above, Boron Products' $B^{11}F_3$ was not viable for use in the UpTime® system. Accordingly, when Praxair began marketing its UpTime®

2

CASE NO. C-08-00869 JW (HRL); DECLARATION OF LARRY SPURGEON IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

1  system in 2003, it had no choice but to qualify all of its customers with $B^{11}F_3$ supplied by NUKEM.

2  9.     Starting in 2005, Boron Products changed the way it manufactured its $B^{11}F_3$ —
3  moving to a process similar to that used at the Tbilisi facility — and thus was able to produce
4  $B^{11}F_3$ without the problematic impurity. It was not until after this process change that
5  Boron Products produced $B^{11}F_3$ potentially suitable for use in the UpTime® system, subject
6  to availability and qualification.

7  **The Qualification Process:**

8  10.    Before a particular material, like $B^{11}F_3$, can be utilized in a customer's fabrication
9  process, the customer subjects the proposed material to a rigorous qualification process.

**REDACTED**

11.    In addition,       can take up to a year to qualify a new dopant gas, like $B^{11}F_3$.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2008.                    *[signature]*
                                              Larry Spurgeon