STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>                Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF PRAXAIR, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th floor<br>Hon. James Ware |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Praxair, Inc. ("Praxair") hereby submits this Administrative Motion for authorization to file the following documents under seal: Reply Memorandum In Support of Plaintiff's Motion for Preliminary Injunction ("Reply"); Declaration of Joe Young in Support of the Reply; Declaration of Joyce Chen in Support of the Reply; Declaration of Larry Spurgeon in Support of the Reply; and Exhibit 1 to the Declaration of Chad Doellinger in Support of the Reply.

Plaintiff has tailored the sealing sought by this Administrative Motion. As set forth in the Declaration of Nathan P. Eimer in Support of this Motion, the above-listed documents contain confidential business information relating to Praxair's business, its business methods, and the contracts between ATMI and NUKEM.

Due to the status of this action, which has not yet progressed beyond Praxair's Motion for a Preliminary Injunction, the parties have not yet met and conferred regarding the terms and execution of a protective order. Praxair anticipates that any such protective order will govern confidentiality designations for documents such as the exhibit referenced above, and that such order will provide for the filing under seal of these and similar documents, pursuant to local court rules and orders.

For the foregoing reasons, Praxair respectfully requests that the Court grant this Administrative Motion to File Under Seal.

DATED: April 9, 2008                Respectfully submitted,

                                    EIMER STAHL KLEVORN & SOLBERG LLP


                                    By _____/s/ Nathan P. Eimer_____
                                          Nathan P. Eimer

                                    Attorneys for Plaintiff PRAXAIR, INC.