STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>　　　　　　Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**DECLARATION OF NATHAN P. EIMER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF PRAXAIR, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th floor<br>Hon. James Ware |

I, Nathan P. Eimer, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the States of Illinois, New York and Texas, and I have been admitted *pro hac vice* to appear before the District Court for the Northern District of California in the above-entitled action. I am a partner of the law firm Eimer Stahl Klevorn & Solberg LLP, counsel of record for plaintiff Praxair, Inc. in this matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Reply Memorandum In Support of Motion for Preliminary Injunction.

3. Portions of Plaintiff's Reply Memorandum In Support of Motion for Preliminary Injunction discuss confidential business information as well as confidential business information of the defendant. The Declaration of Joe Young in Support of the Reply Memorandum; Declaration of Joyce Chen in Support of the Reply Memorandum; Declaration of Larry Spurgeon in Support of the Reply Memorandum; and Exhibit 1 to the Declaration of Chad Doellinger in Support of the Reply Memorandum also contain confidential information. Plaintiff has tailored its request to seal to those portions of the Reply Memorandum, its supporting declarations and exhibit which disclose such confidential information, and will file in the public court redacted versions of the aforementioned documents.

4. Counsel for the parties to this litigation have not yet met and conferred regarding the terms and execution of a standard protective order in this matter. It is anticipated that any such protective order will govern confidentiality designations for documents and provide for the filing under seal, pursuant to local court rules and orders.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 9, 2008 in Chicago, Illinois.

DECL. NATHAN P. EIMER ISO PRAXAIR'S ADMIN. MOTION TO FILE PORTIONS OF REPLY MEMORANDUM ISO MOT. FOR PRELIM. INJUNCTION UNDER SEAL
CASE NO. C-08-00869 JW (HRL)

DATED: April 9, 2008	Respectfully submitted,

EIMER STAHL KLEVORN & SOLBERG LLP


By   /s/ Nathan P. Eimer
       Nathan P. Eimer

Attorneys for Plaintiff PRAXAIR, INC.

2

DECL. NATHAN P. EIMER ISO PRAXAIR'S ADMIN. MOTION TO FILE PORTIONS OF REPLY MEMORANDUM ISO MOT. FOR PRELIM. INJUNCTION UNDER SEAL
CASE NO. C-08-00869 JW (HRL)