STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PRAXAIR, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th floor<br>Hon. James Ware |

The Court has received and considered the Administrative Motion to File Under Seal Portions of Plaintiff's Reply Memorandum in Support of Motion for Preliminary Injunction filed by Plaintiffs Praxair, Inc. ("Praxair"). For the reasons stated in Praxair's Administrative Motion and the supporting Declaration of Nathan P. Eimer, the Court finds that there is good cause to permit the filing under seal of the documents specified in Praxair's Administrative Motion. Accordingly, the Court HEREBY ORDERS that Praxair may file the following items under seal:

1. The unredacted Reply Memorandum In Support of Praxair's Motion for a Preliminary Injunction.

2. The unredacted Declaration of Joe Young.

3. The unredacted Declaration of Joyce Chen.

4. The unredacted Declaration of Larry Spurgeon.

5 The unredacted Exhibit 1 to the Declaration of Chad Doellinger.

Pursuant to the foregoing, IT IS SO ORDERED.

DATED: April __, 2008

_____
THE HONORABLE JAMES WARE
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMIN. MOTION TO FILE PORTIONS OF REPLY MEMORANDUM ISO MOTION FOR PRELIM. INJUNCTION UNDER SEAL
CASE NO. C-08-00869 JW (HRL)