STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac Vice*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac Vice*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac Vice*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone:  (312) 660 7600
Facsimile:  (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>　　　　　　Defendants. | Case No.: Case No.: C-08-00869 JW (HRL)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)

# PROOF OF SERVICE

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California, 94104.

On April 9, 2008, I served the documents listed below on the interested parties as follows:

Timothy L. O'Mara, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538

**DOCUMENT(S) SERVED:**

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION);**

**EXHIBIT 1 TO THE DECLARATION OF CHAD J. DOELLINGER IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF JOYCE CHEN IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION);**

**DECLARATION OF JOE YOUNG IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION);**

**DECLARATION OF LARRY SPURGEON IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION); AND**

**PROOF OF SERVICE.**

[X]   BY MESSENGER:  I caused the document(s) to be delivered by messenger to the party(ies) identified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on April 9, 2008, at San Francisco, California.

                    /s/ Theresa L. Scuffil
                       Theresa L. Scuffil

1

PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)

I, Chad J. Doellinger, am the ECF User whose ID and password are being used to file this Proof of Service. In complianc with General Order 45, X.B., I hereby attest that Theresa L. Scuffil has concurred in this filing.

Dated: April 9, 2008

EIMER STAHL KLEVORN & SOLBERG LLP

By: /s/ Chad J. Doellinger
     Chad J. Doellinger

Attorneys for Plaintiff
PRAXAIR, INC.

2

PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)