STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br> Defendants. | Case No.: C-08-00869 JW (HRL) <br><br> **MANUAL FILING NOTIFICATION** <br><br> **DECLARATION OF JOE YOUNG IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION** <br><br> **[CONFIDENTIAL VERSION]** <br><br> Date: April 21, 2008 <br> Time: 9:00 a.m. <br> Ctrm: 8, 4th floor <br> Hon. James Ware |

MANUAL FILING NOTIFICATION OF DECLARATION OF JOE YOUNG IN SUPPORT OF PLAINTIFF'S REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION); CASE NO. C-08-00869 JW (HRL)

**MANUAL FILING NOTIFICATION**

Regarding: Declaration of Joe Young in Support of Plaintiff's Reply Supporting Motion for Preliminary Injunction (Confidential Version).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than the efiling system allows)

_____ Unable to Scan Documents

_____ Physical Object (description): [insert description of object here]

_____ Non Graphical/Textual Computer File (audio/video/etc) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): [insert description here]

DATED: April 9, 2008                    EIMER STAHL KLEVORN & SOLBERG LLP


By _____/s/ Chad J. Doellinger_____
        Chad J. Doellinger
    Attorneys for Plaintiff PRAXAIR, INC.

1