STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois  60604
Telephone:  (312) 660 7600
Facsimile:  (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>　　　　　　　Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**MANUAL FILING NOTIFICATION**<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[CONFIDENTIAL VERSION]**<br><br>Date:　　　April 21, 2008<br>Time:　　　9:00 a.m.<br>Ctrm:　　　8, 4th floor<br>Hon.  James Ware |

**MANUAL FILING NOTIFICATION**

Regarding: Reply Memorandum in Support of Motion for a Preliminary Injunction (Confidential Version).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than the efiling system allows)

_____ Unable to Scan Documents

_____ Physical Object (description): [insert description of object here]

_____ Non Graphical/Textual Computer File (audio/video/etc) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): [insert description here]

DATED: April 9, 2008                    EIMER STAHL KLEVORN & SOLBERG LLP


                                        By _____/s/ Chad J. Doellinger_____
                                              Chad J. Doellinger
                                           Attorneys for Plaintiff PRAXAIR, INC.

---

MANUAL FILING NOTIFICATION OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (CONFIDENTIAL VERSION); CASE NO. C-08-00869 JW (HRL)

1