STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

**GRANTED**
Judge James Ware
4/10/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.,<br><br>                    Defendants. | Case No.: C-08-00869 JW (HRL)<br><br>**STIPULATION EXTENDING PAGE LIMITS FOR REPLY BRIEF** |

1  WHEREAS, on Monday, April 7, 2008, Defendants filed their Notice of New Factual Development accompanied by the Declaration of Timothy L. O'Mara and attached Exhibit, and

WHEREAS, plaintiff Praxair Inc. needs to discuss this new filing as part of its reply in support of its motion for preliminary injunction that is due tomorrow,

IT IS HEREBY STIPULATED that Praxair Inc. may have an additional 5 pages for its reply brief, in addition to the amount previously mutually stipulated to by the parties.

So stipulated:

Dated:  April 8, 2008                HELLER EHRMAN LLP

EIMER STAHL KLEVORN & SOLBERG LLP


By____/s/ Stephen V. Bomse_____

Attorneys for Plaintiff
PRAXAIR, INC.

Dated:  April 8, 2008                LATHAM & WATKINS


By____/s/ Timothy L. O'Mara_____

Attorneys for Defendants ATMI, INC. and
ADVANCED TECHNOLOGY MATERIALS, INC.

Good cause appearing, IT IS SO ORDERED.

Dated:  April 10, 2008

_____
THE HONORABLE JAMES WARE
United States District Judge

1

STIPULATION EXTENDING PAGE LIMITS FOR REPLY BRIEF
CASE NO. C-08-00869 JW (HRL)