1  I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the
2 Declaration of Chad J. Doellinger. In compliance with General Order 45, X.B., I hereby attest that
3 Chad J. Doellinger has concurred in this filing.

Dated: April 11, 2008                              EIMER STAHL KLEVORN & SOLBERG LLP

                                                  By:  /s/ Nathan P. Eimer
                                                         Nathan P. Eimer

                                                  Attorneys for Plaintiff
                                                  PRAXAIR, INC.

ATTESTATION, DECLARATION OF CHAD J. DOELLINGER; CASE NO. C-08-00869 JW (HRL)