1    I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the

2  Manual Filing Notice of Joyce Chen Declaration.  In compliance with General Order 45, X.B., I

3  hereby attest that Chad J. Dollinger has concurred in this filing.

4

5  Dated:  April 11, 2008                        EIMER STAHL KLEVORN & SOLBERG LLP

6

7                                                By:  /s/ Nathan P. Eimer
                                                        Nathan P. Eimer

8                                                Attorneys for Plaintiff

9                                                PRAXAIR, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION, MANUAL FILING NOTICE OF JOYCE CHEN DECLARATION; CASE NO. C-08-00869 JW
(HRL)