1    I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the
Manual Filing Notice of Joe Young Declaration. In compliance with General Order 45, X.B., I
hereby attest that Chad J. Dollinger has concurred in this filing.

Dated: April 11, 2008              EIMER STAHL KLEVORN & SOLBERG LLP


                                   By: /s/ Nathan P. Eimer
                                        Nathan P. Eimer

                                   Attorneys for Plaintiff
                                   PRAXAIR, INC.

ATTESTATION, MANUAL FILING NOTICE OF JOE YOUNG DECLARATION; CASE NO. C-08-00869 JW (HRL)