1     I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the Manual Filing Notice of Larry Spurgeon Declaration. In compliance with General Order 45, X.B., I hereby attest that Chad J. Dollinger has concurred in this filing.

Dated: April 11, 2008      EIMER STAHL KLEVORN & SOLBERG LLP

    By: /s/ Nathan P. Eimer
        Nathan P. Eimer

Attorneys for Plaintiff
PRAXAIR, INC.

ATTESTATION, MANUAL FILING NOTICE OF LARRY SPURGEON DECLARATION; CASE NO. C-08-00869 JW (HRL)