1    I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the Proof

2   of Service.  In compliance with General Order 45, X.B., I hereby attest that Theresa L. Scuffil has

3   concurred in this filing.

4

5   Dated:  April 11, 2008                    EIMER STAHL KLEVORN & SOLBERG LLP

6

7                                            By:  /s/ Nathan P. Eimer_____
                                                      Nathan P. Eimer

8                                            Attorneys for Plaintiff

9                                            PRAXAIR, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION, PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)