I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the Manual Filing Notice of the Reply Memorandum in Support of Motion for Preliminary Injunction. In compliance with General Order 45, X.B., I hereby attest that Chad J. Dollinger has concurred in this filing.

Dated: April 11, 2008              EIMER STAHL KLEVORN & SOLBERG LLP


                                   By:  /s/ Nathan P. Eimer
                                        Nathan P. Eimer

                                   Attorneys for Plaintiff
                                   PRAXAIR, INC.

---

ATTESTATION, MANUAL FILING NOTICE OF THE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; CASE NO. C-08-00869 JW (HRL)