I, Nathan P. Eimer, am the ECF User whose ID and password are being used to file the Response to ATMI's Notice of New Factual Developments. In compliance with General Order 45, X.B., I hereby attest that Stephen V. Bomse has concurred in this filing.

Dated: April 11, 2008                           EIMER STAHL KLEVORN & SOLBERG LLP


                                                By:  /s/ Nathan P. Eimer
                                                        Nathan P. Eimer

                                                Attorneys for Plaintiff
                                                PRAXAIR, INC.

ATTESTATION, RESPONSE TO ATMI'S NOTICE OF NEW FACTUAL DEVELOPMENTS; CASE NO. C-08-00869 JW (HRL)