UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/21/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-08-0869 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

**Praxair Inc v. ATMI et al**

**Attorney(s) for Plaintiff(s):** Stephen Bomse, Chad Dowllinger, Nathan Eimer
**Attorney(s) for Defendant(s):** David Wall, Tim O'Mara

PROCEEDINGS

**Plaintiff's Motion for Preliminary Injunction**

ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court to issue further order re Preliminary Injunction.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: