| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Timothy L. O'Mara (Bar No. 212731) |
| |    Sadik Huseny (Bar No. 224659) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 5 | Email: Dan.Wall@lw.com |
| | Email: Tim.OMara@lw.com |
| 6 | Email: Sadik.Huseny@lw.com |
| 7 | Attorneys for Defendants |
| | ATMI, INC. and ADVANCED TECHNOLOGY |
| 8 | MATERIALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | CASE NO. C 08-00869 JW (HRL) |
| Plaintiff, | **ADR CERTIFICATION BY DEFENDANTS ATMI, INC. AND TECHNOLOGY MATERIALS, INC. AND COUNSEL** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADR CERTIFICATION BY
DEFENDANTS AND COUNSEL
CASE NO. C 08-00869 JW (HRL)

1       Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.;

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 9, 2008

Respectfully submitted,

ATMI, INC.

By _____
Patrick J. Shima
Transactions and Finance Counsel
ATMI, INC.

Dated: June 9, 2008

LATHAM & WATKINS LLP

By _____/s/ Timothy L. O'Mara_____
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED
TECHNOLOGY MATERIALS, INC.

SF\656227

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADR CERTIFICATION BY
DEFENDANTS AND COUNSEL
CASE NO. C 08-00869 JW (HRL)