UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PRAXAIR, INC., | ) | Case No.: C 08–00869 (JW) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF NEED FOR ADR PHONE** |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | ) | **CONFERENCE** |
| | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and that they have not yet reached an agreement to an ADR process.

Date of Case Management Conference:    June 9, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Andrew G. Klevorn | Praxair, Inc. | 312-660-7676 | aklevorn@eimerstahl.com |
| Timothy L. O'Mara | ATMI, Inc. and Advanced Technology Materials, Inc. | 415-395-8227 | tim.omara@lw.com |

Dated: June 9, 2008

Andrew G. Klevorn
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
(312) 660-7600
aklevorn@eimerstahl.com
**Attorney for Plaintiff Praxair, Inc.**

Dated: June 9, 2008

Timothy L. O'Mara
Latham & Watkins LLP
505 Montgomery Street
San Francisco, CA 94111-6538
(415) 395-8227
tim.omara@lw.com
**Attorney for Defendants ATMI, Inc. and Advanced Technology Materials, Inc.**