STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac Vice*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac Vice*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac Vice*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | ) Case No.: Case No.: C-08-00869 JW |
| | ) (HRL) |
| Plaintiff, | ) |
| | ) **PROOF OF SERVICE** |
| v. | ) |
| | ) |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | ) |
| | ) |
| Defendants. | ) |

PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)

# PROOF OF SERVICE

I, Andrew G. Klevorn, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 224 S. Michigan Avenue, Chicago, Illinois 60604.

On June 9, 2008, I served the documents listed below on the interested parties as follows:

Timothy L. O'Mara, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538

**DOCUMENT(S) SERVED:**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

**PROOF OF SERVICE.**

**[X]** <u>BY ECF NOTICE</u>: I certify that these documents will be served by Electronic posting pursuant to Local Rules of Northern District of California and ECF General Order No. 45

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on June 9, 2008, in Chicago, Illinois.

_____
Andrew G. Klevorn

1

PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)

I, Chad J. Doellinger, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Theresa L. Scuffil has concurred in this filing.

Dated: April 9, 2008

EIMER STAHL KLEVORN & SOLBERG LLP

By: _____/s/_____
Chad J. Doellinger

Attorneys for Plaintiff
PRAXAIR, INC.

2

PROOF OF SERVICE; CASE NO. C-08-00869 JW (HRL)