1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Timothy L. O'Mara (Bar No. 212731)
     Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:   Dan.Wall@lw.com
   Email:   Tim.O'Mara@lw.com
6  Email:   Sadik.Huseny@lw.com

7  Attorneys for Defendants
   ATMI, INC. and ADVANCED TECHNOLOGY
8  MATERIALS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | PRAXAIR, INC.,                          | CASE NO. C 08-00869 JW (HRL)
14 |                  Plaintiff,             | **DEFENDANTS ATMI, INC.'S AND ADVANCED TECHNOLOGY MATERIALS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**
15 |           v.                            |
16 | ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., |
17 |                  Defendants.            | **[PURSUANT TO F.R.C.P. 7.1 AND N.D. CAL. LOCAL RULE 3-16]**
18

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. C 08-00869 JW (HRL)

Pursuant to Federal Rule of Civil Procedure 7.1, defendant ATMI, Inc., by counsel, hereby discloses that it has no parent corporation, and that no public company owns more than ten percent of its stock. Defendant Advanced Technology Materials, Inc., by counsel, hereby discloses that its parent company is ATMI, Inc., and that ATMI, Inc. owns one-hundred percent of its stock.

Pursuant to Civil Local Rule 3-16, defendants ATMI, Inc. and Advanced Technology Materials, Inc., by counsel, certify that the following persons, associations of persons, firms, partnerships, corporations or other entities have a financial interest in the subject matter of this litigation, as defined by 28 U.S.C. § 455(d)(4):

1. ATMI, Inc. has a number of direct and indirect subsidiaries;
2. Matheson Tri-Gas, Inc. is a business partner of ATMI, Inc., and a party to the Nukem GmbH supply contract at issue in this litigation; and
3. Nukem GmbH is a party to the supply contract at issue in this litigation.

Dated: June 19, 2008

Respectfully Submitted,

LATHAM & WATKINS LLP
   Daniel M. Wall
   Timothy L. O'Mara
   Sadik Huseny

By    /s/ Timothy L. O'Mara
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

SF\649391

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. C 08-00869 JW (HRL)