LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Tim.OMara@lw.com
Email:   Sadik.Huseny@lw.com

Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY
MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., <br><br>             Defendants. | CASE NO. C 08-00869 JW (HRL) <br><br> **STIPULATION PURSUANT TO JUNE 5, 2008 COURT ORDER** <br><br> The Honorable James Ware |

1        On June 5, 2008 this Court denied plaintiff's Motion For Preliminary Injunction, and ordered the parties to file a joint stipulation. The Court's Order states:

> [C]onsistent with representations Defendants have made before the Court, the parties shall file a Joint Stipulation as follows: (1) Defendants will not interfere with Plaintiff's ability to receive the 100 kg of boron trifluoride Nukem is permitted to supply to third parties under its contract with Defendants; and (2) Defendants will permit Nukem to supply Plaintiff 40 kg of boron trifluoride in addition to what it is permitted supply under its contract.

        Plaintiff believes that the Court's Order is unclear and requires the parties to "attempt to embody his [Honor's] direction and capture his [Honor's] purpose." Purporting to do so, Plaintiff has proposed a stipulation that has no basis in the Court's Order, and indeed goes well beyond it by requiring, among other things, that Defendants *immediately* sell to Plaintiff 100 kg of boron trifluoride if third-party Nukem is unable to do so.

        Defendants respectfully believe that the appropriate content of the joint stipulation is stated in the Court's order, and that Plaintiff's disagreement with this language, and proposed expansive stipulation, is nothing more than an effort to create makeweight issues in support of Plaintiff's meritless Ninth Circuit appeal of the Court's Order. Counsel for Defendants will continue to meet with counsel for Plaintiff in a good faith effort to resolve this issue. However, Defendants are mindful that the Court's June 25, 2008 Scheduling Order requires a stipulation to be filed by July 9, 2008. In accord with that Order, and believing the Court's June 5, 2008 Order to be unambiguous and perfectly clear, Defendants hereby file the stipulation ordered by the Court.

**********

        Pursuant to the Court's Order dated June 5, 2008, Defendants ATMI, Inc. and Advanced Technology Materials, Inc. hereby stipulate and agree as follows:

1. Defendants will not interfere with Plaintiff's ability to receive the 100 kg of boron trifluoride Nukem is permitted to supply to third parties under its contract with Defendants; and

2. Defendants will permit Nukem to supply Plaintiff 40 kg of boron trifluoride in addition to what it is permitted supply under its contract.

**IT IS SO STIPULATED.**

Dated: July 9, 2008

Respectfully Submitted,

LATHAM & WATKINS LLP
Daniel M. Wall
Timothy L. O'Mara
Sadik Huseny


By   /s/ Timothy L. O'Mara
Timothy L. O'Mara
Attorneys for Defendants
ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC.

SF\662938