STEPHEN V. BOMSE (Bar No. 40686)
stephen.bomse@hellerehrman.com
DAVID M. GOLDSTEIN (Bar No. 142334)
david.goldstein@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone:  (312) 660-7600
Facsimile:  (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | ) Case No.: C-08-00869 JW (HRL) |
| | ) |
| Plaintiff, | ) **NOTICE OF FILING OF PROPOSED** |
| | ) **STIPULATION AND MEMORANDUM** |
| v. | ) **IN SUPPORT THEREOF** |
| | ) |
| ATMI, INC. and ADVANCED TECHNOLOGY | ) |
| MATERIALS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

MOTION FOR ENTRY OF STIPULATION (CASE NO.: C-08-00869 JW (HRL))

**MEMORANDUM**

Praxair, Inc., on behalf of its Praxair Electronics division (hereinafter "Praxair"), respectfully submits its Proposed Stipulation directing defendants ATMI, Inc. and Advanced Technology Materials, Inc. (collectively "ATMI") not to interfere with Praxair's ability to receive up to 140 kg of enriched boron triflouride from Nukem GmbH ("Nukem"). A copy of Praxair's proposed stipulation is contained in Attachment A.

By order dated June 5, 2008 ("Order"), this Court directed the parties to enter into a Joint Stipulation that would prevent ATMI from interfering with Praxair's ability to receive up to 140 kg of enriched boron triflouride from Nukem. (Doc. 81 at 10-11.) Although Praxair and ATMI have exchanged drafts, the parties have been unable to reach an agreement as to the contents of the Joint Stipulation. Praxair therefore files this memorandum in support of its Proposed Stipulation.

In denying Praxair's motion for preliminary injunction, the Court based its decision, in part, upon its conclusion that the status quo would be preserved by ensuring a supply to Praxair of up to 140 kg of enriched boron triflouride from Nukem—the same amount received by Praxair from Nukem in 2007. (Doc. 81 at 8.)

There are two elements to the Proposed Stipulation. ATMI previously represented to the Court that it would allow Praxair to obtain 40 kg of enriched boron triflouride from Nukem without any interference (Doc. 45 at 2-3), and the Court directed the parties to formalize this commitment in the Joint Stipulation. (Doc. 81 at 11.) Praxair's Proposed Stipulation follows this direction. (Proposed Stipulation at ¶ 1.) As to the 40 kg, Praxair has received 20 kg from Nukem; Nukem has agreed to supply the additional 20 kg, but has not provided a date certain.

The Court also stated that ATMI could not "interfere with Plaintiff's ability to receive the 100 kg of boron triflouride Nukem is permitted to supply to third parties under its contract with Defendants." (Doc. 81 at 11.) However, as the Court knows, ATMI advised the Court and Praxair that the 100 kg Nukem is permitted to sell to third parties was already committed to other buyers, and therefore "Nukem apparently cannot supply any significant quantities of $B^{11}F_3$ to Praxair in 2008 and remain in compliance with the current and proposed contracts." (Doc. 45 at 2.) Because the Court indicated in its Order that it intended to maintain the status quo, Praxair's Proposed

MOTION FOR ENTRY OF STIPULATION (CASE NO.: C-08-00869 JW (HRL))

1  Stipulation prohibits ATMI from enforcing any contractual rights, including enforcing its stockpile

2  reserve requirement, that would prevent Nukem from supplying Praxair with up to the additional

3  100 kg anticipated by the Court.  (Proposed Stipulation at ¶ 2.)  As a further guard against any

4  interference by ATMI, and further assurance of supply and preservation of the status quo, the

5  Proposed Stipulation requires ATMI to sell up to 100 kg of Nukem-supplied enriched boron

6  triflouride to Praxair if Nukem is unable to do so.  (*Id.*)

7       Without the provisions set forth in the Proposed Stipulation, any promise by ATMI not to

8  interfere with Praxair's ability to receive the 100 kg is illusory.  ATMI has represented that the 100

9  kg of enriched boron triflouride it permits Nukem to sell to third-parties already has been

10 committed to be sold by Nukem to parties other than Praxair in 2008 (Doc. 45 at 2).  Thus, absent

11 these protections, Praxair would only receive 40 kg of enriched boron triflouride in 2008, far less

12 than the up to 140 kg the Court sought to ensure Praxair would be able to receive in 2008 to

13 maintain the status quo.  Without ensuring real access to the 100 kg—through the stockpile or other

14 means—ATMI's agreement not to restrict the sale of the 100 kg would be a meaningless statement

15 serving no real purpose.

16      In sum, Praxair's Proposed Stipulation does nothing more than enforce this Court's

17 directions to the parties:  that Praxair be able to obtain up to 140 kg of enriched boron triflouride

18 from Nukem.  Accordingly, Praxair respectfully requests that the Court enter Praxair's Proposed

19 Stipulation.

20

21 Dated:  July 9, 2008                    Respectfully submitted,

22

23                                        HELLER EHRMAN LLP

24                                        By: /s/ STEPHEN BOMSE_____

25                                        Attorneys for Plaintiff
26                                        PRAXAIR, INC.

27

28

- 3 -

# EXHIBIT  A

1 STEPHEN V. BOMSE (Bar No. 40686)
stephen.bomse@hellerehrman.com
2 HELLER EHRMAN LLP
333 Bush Street
3 San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
4 Facsimile:   (415) 772-6268

5 NATHAN P. EIMER
neimer@eimerstahl.com
6 ANDREW G. KLEVORN
aklevorn@eimerstahl.com
7 CHAD J. DOELLINGER
cdoellinger@eimerstahl.com
8 EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
9 Chicago, Illinois 60604
Telephone:  (312) 660-7600
10 Facsimile:  312-692-1718

11 Attorneys for Plaintiff
PRAXAIR, INC.

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

| PRAXAIR, INC., | ) | Case No. C-08-00869 JW (HRL) |
|---|---|---|
16 | | ) | |
| Plaintiff, | ) | **PROPOSED STIPULATION** |
17 | | ) | |
| v. | ) | |
18 | | ) | |
| ATMI, INC. and ADVANCED TECHNOLOGY | ) | |
19 | MATERIALS, INC., | ) | |
| | ) | |
20 | Defendants. | ) | |
| | ) | |

21

22        Pursuant to the Court's Order dated June 5, 2008, Plaintiff Praxair, Inc. ("Praxair") and

Defendants ATMI, Inc. and Advanced Technology Materials, Inc. (collectively, "ATMI") stipulate
23
and agree as follows:
24

25
       1.    With respect to the 40 kilograms of enriched boron trifluoride that previously was
26
committed to be sold by Nukem GmbH ("Nukem") to Praxair, as represented by ATMI to the
27
Court, ATMI will not interfere with Praxair's purchase in any way.
28

PROPOSED STIPULATION/ CASE NO. C-08-00869 JW (HRL)

1

2        2.   With respect to the 100 kilograms of enriched boron trifluoride that Nukem is permitted

3   to supply to third parties, ATMI will direct Nukem to supply Praxair with up to an additional 100

4   kilograms of enriched boron trifluoride in 2008 from any available source it has, including any

5   stockpile, notwithstanding any sales restrictions, previous sales, or exclusivity provisions of

6   ATMI's supply agreement with Nukem and ATMI shall hold Nukem harmless from any liquidated

7   damages.  In the event that Nukem does not contractually commit to provide up to an additional

8   100 kilograms of enriched boron trifluoride to Praxair within ten (10) days of receipt of a purchase

9   order from Praxair, or is otherwise unable or unwilling to supply it to Praxair, then ATMI shall

10  make available for immediate sale to Praxair up to 100 kilograms of Nukem-sourced enriched

11  boron trifluoride, in an arm's length transaction on reasonable commercial terms.

12

13       3.   The intent of this Stipulation is to ensure that Praxair will receive in 2008 a total of up to

14  140 kilograms of enriched boron trifluoride from Nukem as a result of the Court's June 5th Order,

15  exclusive of any other sales of Nukem product to Praxair.

16

17  Dated: July 9, 2008

18

19

20  By:_____          By:_____
    Timothy L. O'Mara                            Nathan P. Eimer

21  LATHAM & WATKINS LLP                          Andrew G. Klevorn
    505 Montgomery Street                        Chad J. Doellinger

22  San Francisco, CA 94111-6538                 EIMER STAHL KLEVORN & SOLBERG LLP
    (415) 395-8227                               224 South Michigan Avenue, Suite 1100

23  tim.omara@lw.com                             Chicago, IL 60604
                                                 (312) 660-7676

24  Attorney for Defendants                      neimer@eimerstahl.com

25  ATMI, INC. AND ADVANCED                      aklevorn@eimerstahl.com
    TECHNOLOGY MATERIALS, INC.                   cdoellinger@eimerstahl.com

26

27                                               Stephen V. Bomse (Bar No. 40686)
                                                 David M. Goldstein (Bar No. 142334)

28                                               HELLER EHRMAN LLP

2

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | 333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268<br>stephen.bomse@hellerehrman.com<br>david.goldstein@hellerehrman.com<br><br>Attorneys for Plaintiff<br>PRAXAIR, INC. |

3