| | |
|---|---|
| 1 | STEPHEN V. BOMSE (Bar No. 40686) |
| | stephen.bomse@hellerehrman.com |
| 2 | DAVID M. GOLDSTEIN (Bar No. 142334) |
| | david.goldstein@hellerehrman.com |
| 3 | HELLER EHRMAN LLP |
| 4 | 333 Bush Street |
| | San Francisco, CA  94104-2878 |
| 5 | Telephone:  (415) 772-6000 |
| | Facsimile:   (415) 772-6268 |
| 6 | |
| 7 | NATHAN P. EIMER (*Admitted Pro Hac*) |
| | neimer@eimerstahl.com |
| 8 | ANDREW G. KLEVORN (*Admitted Pro Hac*) |
| | aklevorn@eimerstahl.com |
| 9 | CHAD J. DOELLINGER (*Admitted Pro Hac*) |
| | cdoellinger@eimerstahl.com |
| 10 | EIMER STAHL KLEVORN & SOLBERG LLP |
| 11 | 224 South Michigan Avenue, Suite 1100 |
| | Chicago, Illinois 60604 |
| 12 | Telephone:  (312) 660-7600 |
| | Facsimile:   (312) 692-1718 |
| 13 | |
| 14 | Attorneys for Plaintiff |
| | PRAXAIR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PRAXAIR, INC., | ) | Case No.: C-08-00869 JW (HRL) |
| | ) | |
| Plaintiff, | ) | **REPRESENTATION STATEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRAXAIR, INC. ("Praxair"), plaintiff in the above-named matter, files this Representation Statement with its Notice of Appeal pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b). The names of all parties to this action and the names, addresses, telephone and fax numbers, and email addresses of their respective counsel are as follows:

Counsel to Plaintiff-Appellant Praxair, Inc.:

Stephen V. Bomse (Bar No. 40686)
David M. Goldstein (Bar No. 142334)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:   stephen.bomse@hellerehrman.com
         david.goldstein@hellerehrman.com

Nathan P. Eimer (*Admitted Pro Hac*)
Andrew G. Klevorn (*Admitted Pro Hac*)
Chad J. Doellinger (*Admitted Pro Hac*)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone:  (312) 660-7600
Facsimile:  (312) 692-1718
Email:   neimer@eimerstahl.com
         aklevorn@eimerstahl.com
         cdoellinger@eimerstahl.com

- 2 -

Counsel to Defendants-Appellees ATMI, Inc. and Advanced Technology Materials, Inc.:

Sadik Harry Huseny
Timothy L. O'Mara
Daniel Murray Wall
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: sadik.huseny@lw.com
       tim.omara@lw.com
       dan.wall@lw.com

Dated: July 7, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By: _____
    Stephen V. Bomse

Attorneys for Plaintiff-Appellant
PRAXAIR, INC.

- 3 -

REPRESENTATION STATEMENT
(CASE NO.: C-08-00869 JW (HRL))