STEPHEN V. BOMSE (Bar No. 40686)
stephen.bomse@hellerehrman.com
DAVID M. GOLDSTEIN (Bar No. 142334)
david.goldstein@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER (*Admitted Pro Hac Vice*)
neimer@eimerstahl.com
ANDREW G. KLEVORN (*Admitted Pro Hac Vice*)
aklevorn@eimerstahl.com
CHAD J. DOELLINGER (*Admitted Pro Hac Vice*)
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: (312) 692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | ) Case No.: Case No.: C-08-00869 JW |
| | ) (HRL) |
| Plaintiff, | ) |
| | ) **PROOF OF SERVICE** |
| v. | ) |
| | ) |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROOF OF SERVICE**

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California, 94104.

On July 7, 2008, I served the documents listed below on the interested parties as follows:

Timothy L. O'Mara, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538

**DOCUMENT(S) SERVED:**

**PRELIMINARY INJUNCTION APPEAL;**

**CIVIL APPEALS DOCKETING STATEMENT;**

**REPRESENTATION STATEMENT; AND**

**PROOF OF SERVICE**

[X]    BY MESSENGER: I caused the document(s) to be delivered by messenger to the party(ies) identified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on July 7, 2008, at San Francisco, California.

_____
Theresa L. Scuffil

1