UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 11, 2008

**CASE INFORMATION:**
Short Case Title:  PRAXAIR, INC.-v- ATMI, INC., ET AL.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose Division, Judge Ware
Criminal and/or Civil Case No.:  CV 08-00869 JW
Date Complaint/Indictment/Petition Filed: *2/8/08*
Date Appealed order/judgment *entered* **6/5/08**
Date NOA *filed* **7/7/08**
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)

☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: Irene Rodriguez (408) 947-8160
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **7/7/08**         Date Docket Fee Billed:
Date FP granted:                Date FP denied:
Is FP pending? ☐ yes  ☐ no              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Stephen V. Bomse | Sadik Harry Huseny |
| Heller Ehrman LLP | Latham & Watkins LLP |
| 333 Bush Street | 505 Montgomery Street |
| San Francisco, CA 94104-2878 | Suite 1900 |
| 415-772-6000 | San Francisco, Calif., |
| Fax: 415-772-6268 | (415) 391-0600 |
| Email: stephen.bomse@hellerehrman.com | |

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Cindy Vargas