1  STEPHEN V. BOMSE (Bar No. 40686)
   stephen.bomse@hellerehrman.com
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, Ca 94104-2878
   Telephone: (415) 772-6000
4  Facsimile:  (415) 772-6268

5  NATHAN P. EIMER
   neimer@eimerstahl.com
6  ANDREW G. KLEVORN
   aklevorn@eimerstahl.com
7  CHAD J. DOELLINGER
   cdoellinger@eimerstahl.com
8  EIMER STAHL KLEVORN & SOLBERG LLP
   224 South Michigan Avenue, Suite 1100
9  Chicago, Illinois 60604
   Telephone: (312) 660-7600
10 Facsimile:  (312) 692-1718

11 Attorneys for Plaintiff
   PRAXAIR, INC.

                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

PRAXAIR, INC.,                    )   Case No. C-08-00869 JW (HRL)
                                  )
              Plaintiff,          )   STIPULATION AS TO DISMISSAL OF
                                  )   PLAINTIFF'S PRELIMINARY
       v.                         )   INJUNCTION APPEAL
                                  )
ATMI, INC. and ADVANCED TECHNOLOGY)
MATERIALS, INC.,                  )
                                  )
              Defendants.         )
                                  )

Heller
Ehrman LLP

## STIPULATION AS TO DISMISSAL OF PRELIMINARY INJUNCTION APPEAL

The parties, having resolved the dispute giving rise to this appeal, hereby stipulate pursuant to Federal Rule of Appellate Procedure 42(a) to dismissal of the appeal with prejudice, and each party shall bear its own costs and attorneys' fees.

DATED: July 15, 2008

By: _____

Nathan P. Eimer
Andrew G. Klevorn
Chad J. Doellinger
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: neimer@eimerstahl.com
       aklevorn@eimerstahl.com
       cdoellinger@eimerstahl.com

Stephen V. Bomse
David M. Goldstein
HELLER EHRMAN LLP
333 Bush Street
San Francisco, Ca 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: stephen.bomse@hellerehrman.com
       david.goldstein@hellerehrman.com

Attorneys for Plaintiff-Appellant
PRAXAIR, INC.

By: _____

Daniel M. Wall
Timothy L. O'Mara
Sadik Huseny
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: sadik.huseny@lw.com
       tim.omara@lw.com
       dan.wall@lw.com

Attorneys for Defendants-Appellees
ATMI, INC. AND ADVANCED
TECHNOLOGY MATERIALS, INC.

Heller
Ehrman LLP

- 1 -