FILED

JUL 22 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PRAXAIR, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ATMI, INC.; et al., <br><br> Defendants - Appellees. | No. 08-16632 <br><br> D.C. No. 5:08-cv-00869-JW <br> Northern District of California, <br> San Jose <br><br> ORDER |

The appeal filed July 7, 2008 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

If they have not already done so, within 7 calendar days of the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule is established as follows: the opening brief is due not later than August 4, 2008; the answering brief is due September 2, 2008 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days of service of the answering brief. *See* 9th Cir. R. 3-3(b). If

lc/MOATT

appellant fails to file timely the opening brief, this appeal will be dismissed automatically by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

> FOR THE COURT:
>
> Molly Dwyer
> Clerk of Court
>
> By: Lisa Calero
> Motions Attorney/Deputy Clerk
> 9th Cir. R. 27-7
> General Orders/Appendix A