FILED

JUL 25 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PRAXAIR, INC.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ATMI, INC.; et al.,<br><br>        Defendants - Appellees. | No. 08-16632<br><br>D.C. No. 5:08-cv-00869-JW<br>Northern District of California,<br>San Jose<br><br>ORDER |

Pursuant to the stipulation filed by the parties, this preliminary injunction appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

lc/MOATT