STEPHEN V. BOMSE (Bar No. 40686)
steve.bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

NATHAN P. EIMER
neimer@eimerstahl.com
ANDREW G. KLEVORN
aklevorn@eimerstahl.com
CHAD J. DOELLINGER
cdoellinger@eimerstahl.com
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660 7600
Facsimile: 312-692-1718

Attorneys for Plaintiff
PRAXAIR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAXAIR, INC., | Case No. C-08-00869 JW (HRL) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ATMI, INC. and ADVANCED TECHNOLOGY MATERIALS, INC., | |
| Defendants. | |

STIPULATION OF DISMISSAL CASE NO. C-08-00869 JW (HRL)

## STIPULATION OF DISMISSAL

The parties, having resolved the dispute that gave rise to this action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismissal of the action with prejudice, and each party shall bear its own costs and attorneys' fees.

July 14, 2008

By: /s/ Timothy L. O'Mara
Daniel M. Wall
Timothy L. O'Mara
Sadik Huseny
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA 94111-6538
(415) 395-8227
tim.omara@lw.com
daniel.wall@lw.com
sadik.huseny@lw.com

Attorney for Defendants
ATMI, INC. AND ADVANCED
TECHNOLOGY MATERIALS, INC.

By: /s/ Stephen V. Bomse
Nathan P. Eimer
Andrew G. Klevorn
Chad J. Doellinger
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7676
neimer@eimerstahl.com
aklevorn@eimerstahl.com
cdoellinger@eimerstahl.com

Stephen V. Bomse (Bar No. 40686)
David M. Goldstein (Bar No. 142334)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
steve.bomse@hellerehrman.com
david.goldstein@hellerehrman.com

Attorneys for Plaintiff
PRAXAIR, INC.

SO ORDERED, this __29__ day of July 2008.
The Court terminates any remaining pending deadlines, motions or hearings. The Clerk shall close this file.

/s/ James Ware
U.S. DISTRICT JUDGE

2

STIPULATION OF DISMISSAL